# EXHIBIT A





























































# EXHIBIT B



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION



Date d'enregistrement /
Date of registration

08 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR APPLE AIRTAG

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203375

*Numéro d'enregistrement
Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

NOURHAN   040 (PSEUDONYM)

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

30 AVR /APR   2021

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

08 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

08 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR FRAMEWORK
LAPTOP

## 1203379

*Numéro d'enregistrement*
*Registration number*

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Auteur(s) /
Author(s)

NOURHAN 040 (PSEUDONYM)

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

9 NOV /NOV 2021

Lieu de première publication /
Place of first publication

CANADA

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Date d'émission /
Date of issuance

08 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

08 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY NOTE 9

Catégorie /
Category

ARTISTIQUE / ARTISTIC

# 1203380

*Numéro d'enregistrement
Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL  023 (PSEUDONYM)

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

2 DÉC /DEC  2019

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

10 AOÛT / AUG 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT     CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

**08 JUIN / JUN 2023**

Titre /
Title

**TEARDOWN ARTWORK FOR GALAXY S10 PLUS**

Catégorie /
Category

**ARTISTIQUE / ARTISTIC**

Titulaire(s) /
Owner(s)

**DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9**

Auteur(s) /
Author(s)

**DANIEL 023 (PSEUDONYM)**

Première publication /
First publication

**2 DÉC /DEC 2019**

Lieu de première publication /
Place of first publication

**CANADA**

Date d'émission /
Date of issuance

**08 JUIN / JUN 2023**

## 1203382

*Numéro d'enregistrement
Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Konstantin Georgan*

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203384**

*Numéro d'enregistrement
Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

08 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY NOTE 20

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

14 AOÛT /AUG 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

08 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

08 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY NOTE
20 ULTRA

## 1203385

*Numéro d'enregistrement
Registration number*

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

14 AOÛT /AUG 2020

Lieu de première publication /
Place of first publication

CANADA

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Date d'émission /
Date of issuance

08 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

08 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY S9

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203386

*Numéro d'enregistrement
Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

2 DÉC /DEC 2019

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

08 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203388**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

08 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY S9
PLUS

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

2 DÉC /DEC 2019

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

08 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / # Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

08 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY S10

## 1203389

*Numéro d'enregistrement
Registration number*

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

2 DÉC /DEC 2019

Lieu de première publication /
Place of first publication

CANADA

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Date d'émission /
Date of issuance

08 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office



# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT     CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

09 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY S10E

## 1203402

*Numéro d'enregistrement*
*Registration number*

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Auteur(s) /
Author(s)

DANIEL  023 (PSEUDONYM)

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

5 MARS /MAR  2020

Lieu de première publication /
Place of first publication

CANADA

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'émission /
Date of issuance

09 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

09 JUIN / JUN 2023

**1203423**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY NOTE
10 PLUS

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL  023 (PSEUDONYM)

Première publication /
First publication

2 DÉC /DEC  2019

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

09 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203424**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

09 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY S20

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

5 MARS /MAR 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

09 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

## 1203425

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

09 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY S20 PLUS

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

5 MARS /MAR 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

09 JUIN / JUN 2023



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration
09 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR GALAXY S20 ULTRA

## 1203426

*Numéro d'enregistrement*
*Registration number*

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Auteur(s) /
Author(s)
DANIEL 023 (PSEUDONYM)

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication
5 MARS /MAR 2020

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
09 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

## CERTIFICAT D'ENREGISTREMENT

## CERTIFICATE OF REGISTRATION

**1203427**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
09 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR GALAXY S21

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
DANIEL 023 (PSEUDONYM)

Première publication /
First publication
18 FÉVR /FEB 2021

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
09 JUIN / JUN 2023





Innovation, Sciences et Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

## 1203428

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
09 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR GALAXY S21 PLUS

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
DANIEL  023 (PSEUDONYM)

Première publication /
First publication
18 FÉVR /FEB  2021

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
09 JUIN / JUN 2023





Innovation, Sciences et Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

09 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY S21 ULTRA

Catégorie /
Category

ARTISTIQUE / ARTISTIC

**1203429**

*Numéro d'enregistrement
Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

18 FÉVR /FEB 2021

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

09 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*



Innovation, Sciences et Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

09 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY S22

Catégorie /
Category

ARTISTIQUE / ARTISTIC

**1203430**

*Numéro d'enregistrement*
*Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

NOURHAN   040 (PSEUDONYM)

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

Première publication /
First publication

24 FÉVR /FEB  2022

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

09 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

## 1203431

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
**09 JUIN / JUN 2023**

Titre /
Title
**TEARDOWN ARTWORK FOR GALAXY S22 PLUS**

Catégorie /
Category
**ARTISTIQUE / ARTISTIC**

Titulaire(s) /
Owner(s)
**DBRAND INC.**
**500 KING STREET WEST, 3RD FLOOR**
**TORONTO, ONTARIO**
**Canada, M5V 1L9**

Auteur(s) /
Author(s)
**NOURHAN 040 (PSEUDONYM)**

Première publication /
First publication
**24 FÉVR /FEB 2022**

Lieu de première publication /
Place of first publication
**CANADA**

Date d'émission /
Date of issuance
**09 JUIN / JUN 2023**





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

## 1203443

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
12 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR GALAXY S22
ULTRA

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
NOURHAN  040 (PSEUDONYM)

Première publication /
First publication
24 FÉVR /FEB  2022

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203446**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY S23

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

ALEX 094 (PSEUDONYM)

Première publication /
First publication

1 MARS / MAR 2023

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023



Innovation, Sciences et Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203447**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY S23 PLUS

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

ALEX 094 (PSEUDONYM)

Première publication /
First publication

1 MARS /MAR 2023

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

## 1203448

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY S23 ULTRA

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

NOURHAN 040 (PSEUDONYM)

Première publication /
First publication

21 FÉVR /FEB 2023

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

## 1203451

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY Z FLIP

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

5 MARS / MAR 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY Z FLIP 3

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203452

*Numéro d'enregistrement
Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Auteur(s) /
Author(s)

NOURHAN 040 (PSEUDONYM)

Première publication /
First publication

31 AOÛT /AUG 2021

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

### CERTIFICAT D'ENREGISTREMENT

### CERTIFICATE OF REGISTRATION

## 1203454

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
12 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR GALAXY Z FLIP 4

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
ALEX 094 (PSEUDONYM)

Première publication /
First publication
28 AOÛT /AUG 2022

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
12 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

## 1203457

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR GALAXY Z FOLD
2

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

NOURHAN 040 (PSEUDONYM)

Première publication /
First publication

1 OCT /OCT 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203458**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
12 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR GALAXY Z FOLD 3

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
NOURHAN 040 (PSEUDONYM)

Première publication /
First publication
28 AOÛT /AUG 2021

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
12 JUIN / JUN 2023



Innovation, Sciences et Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203459**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
12 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR GALAXY Z FOLD 4

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
MIKE 058 (PSEUDONYM)

Première publication /
First publication
24 AOÛT /AUG 2022

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
12 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPAD 10.9"
(2022, GEN 10)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203460

*Numéro d'enregistrement
Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

ALEX 094 (PSEUDONYM)

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

18 NOV /NOV 2022

Lieu de première publication /
Place of first publication

CANADA

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Date d'émission /
Date of issuance

12 JUIN / JUN 2023



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203461**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPAD AIR 4

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

5 AVR /APR 2021

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPAD AIR 5

Catégorie /
Category

ARTISTIQUE / ARTISTIC

**1203462**

*Numéro d'enregistrement
Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Auteur(s) /
Author(s)

MIKE 058 (PSEUDONYM)

Première publication /
First publication

29 JUIL /JUL 2022

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**Date d'enregistrement /**
Date of registration
12 JUIN / JUN 2023

**Titre /**
Title
TEARDOWN ARTWORK FOR IPAD MINI 6

## 1203463

*Numéro d'enregistrement
Registration number*

**Catégorie /**
Category
ARTISTIQUE / ARTISTIC

**Titulaire(s) /**
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

**Auteur(s) /**
Author(s)
NOURHAN   040 (PSEUDONYM)

**Première publication /**
First publication
8 OCT /OCT  2021

**Lieu de première publication /**
Place of first publication

CANADA

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

**Date d'émission /**
Date of issuance

12 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPAD PRO 11"
(2022, M2)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

## 1203464

*Numéro d'enregistrement*
*Registration number*

Auteur(s) /
Author(s)

ALEX 094 (PSEUDONYM)

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Première publication /
First publication

5 JANV /JAN 2023

Lieu de première publication /
Place of first publication

CANADA

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Date d'émission /
Date of issuance

12 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

## 1203467

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPAD PRO 11"
(2018-2019, GEN 1)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

12 MAI /MAY 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203468**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPAD PRO 11"
(2020, GEN 2)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

31 MARS /MAR 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023



# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**Date d'enregistrement /**
Date of registration

12 JUIN / JUN 2023

**Titre /**
Title

TEARDOWN ARTWORK FOR IPAD PRO 11"
(2021, GEN 3)

**Catégorie /**
Category

ARTISTIQUE / ARTISTIC

## 1203471

*Numéro d'enregistrement*
*Registration number*

**Titulaire(s) /**
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

**Auteur(s) /**
Author(s)

NOURHAN 040 (PSEUDONYM)

**Première publication /**
First publication

2 JUIN /JUN 2021

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

**Lieu de première publication /**
Place of first publication

CANADA

**Date d'émission /**
Date of issuance

12 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203472**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPAD PRO 12.9"
(2022, M2)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

ALEX  094 (PSEUDONYM)

Première publication /
First publication

1 MARS /MAR  2023

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPAD PRO 12.9"
(2018-2019, GEN 3)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

**1203473**

*Numéro d'enregistrement*
*Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

12 MAI /MAY   2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**Date d'enregistrement /**
**Date of registration**

12 JUIN / JUN 2023

**Titre /**
**Title**

TEARDOWN ARTWORK FOR IPAD PRO 12.9"
(2020, GEN 4)

**Catégorie /**
**Category**

ARTISTIQUE / ARTISTIC

## 1203474

*Numéro d'enregistrement*
*Registration number*

**Titulaire(s) /**
**Owner(s)**

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

**Auteur(s) /**
**Author(s)**

DANIEL 023 (PSEUDONYM)

**Première publication /**
**First publication**

31 MARS /MAR 2020

**Lieu de première publication /**
**Place of first publication**

CANADA

*Konstante Georgam*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

**Date d'émission /**
**Date of issuance**

12 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203475**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPAD PRO 12.9"
(2021, GEN 5)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

NOURHAN   040 (PSEUDONYM)

Première publication /
First publication

31 MAI /MAY   2021

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203482**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPHONE 7

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

3 MAI /MAY 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION



Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPHONE 8

## 1203483

*Numéro d'enregistrement
Registration number*

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

3 MAI /MAY 2020

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*




Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPHONE 11

**1203484**

*Numéro d'enregistrement
Registration number*

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

2 DÉC /DEC 2019

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

## CERTIFICAT D'ENREGISTREMENT

## CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration
12 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR IPHONE 11
PRO

## 1203485

*Numéro d'enregistrement*
*Registration number*

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis*
*conformément aux articles 49 et 53 de la*
*Loi sur le droit d'auteur. Le droit d'auteur sur*
*l'oeuvre a été enregistré à la date*
*d'enregistrement et selon les détails indiqués*
*dans les présentes.*

Auteur(s) /
Author(s)
DANIEL 023 (PSEUDONYM)

Première publication /
First publication
2 DÉC /DEC 2019

*This Certificate of Registration is issued*
*pursuant to sections 49 and 53 of the*
*Copyright Act. The copyright in the work*
*was registered on the date of registration*
*and as detailed herein.*

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance
12 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*



# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203486**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
12 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR IPHONE 11 PRO MAX

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
DANIEL 023 (PSEUDONYM)

Première publication /
First publication
2 DÉC /DEC 2019

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
12 JUIN / JUN 2023



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203487**

*Numéro d'enregistrement
Registration number*

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPHONE 12

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

NOURHAN 040 (PSEUDONYM)

Première publication /
First publication

28 OCT /OCT 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203488**

*Numéro d'enregistrement
Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPHONE 12
PRO

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

28 OCT /OCT 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203489**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPHONE 12
PRO MAX

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

19 NOV /NOV 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

## 1203490

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
12 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR IPHONE 12 MINI

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
DANIEL 023 (PSEUDONYM)

Première publication /
First publication
23 NOV /NOV 2020

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
12 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION



**1203491**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPHONE 13

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

NOURHAN   040 (PSEUDONYM)

Première publication /
First publication

8 OCT /OCT  2021

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPHONE 13 PRO

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203492

*Numéro d'enregistrement*
*Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

NOURHAN 040 (PSEUDONYM)

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

8 OCT /OCT 2021

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**Date d'enregistrement /
Date of registration**

12 JUIN / JUN 2023

**Titre /
Title**

TEARDOWN ARTWORK FOR IPHONE 13 MINI

**Catégorie /
Category**

ARTISTIQUE / ARTISTIC

**Titulaire(s) /
Owner(s)**

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

**Auteur(s) /
Author(s)**

NOURHAN  040 (PSEUDONYM)

## 1203493

*Numéro d'enregistrement
Registration number*

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

**Première publication /
First publication**

8 OCT / OCT  2021

**Lieu de première publication /
Place of first publication**

CANADA

**Date d'émission /
Date of issuance**

12 JUIN / JUN 2023



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203494**

*Numéro d'enregistrement
Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPHONE 13
PRO MAX

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

NOURHAN  040 (PSEUDONYM)

Première publication /
First publication

30 SEPT /SEP  2021

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPHONE 14

## 1203495

*Numéro d'enregistrement
Registration number*

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Auteur(s) /
Author(s)

ALEX 094 (PSEUDONYM)

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

20 SEPT /SEP  2022

Lieu de première publication /
Place of first publication

CANADA

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Date d'émission /
Date of issuance

12 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPHONE 14
PRO

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203496

*Numéro d'enregistrement
Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Auteur(s) /
Author(s)

MIKE 058 (PSEUDONYM)

Première publication /
First publication

20 SEPT /SEP 2022

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPHONE 14 PLUS

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203497

*Numéro d'enregistrement*
*Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

Auteur(s) /
Author(s)

ALEX 094 (PSEUDONYM)

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

Première publication /
First publication

20 SEPT /SEP 2022

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203498**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

12 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPHONE 14
PRO MAX

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

MIKE 058 (PSEUDONYM)

Première publication /
First publication

20 SEPT /SEP 2022

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

12 JUIN / JUN 2023



# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203499**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
12 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR IPHONE SE
(2020, GEN 2)

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
DANIEL 023 (PSEUDONYM)

Première publication /
First publication
30 AVR /APR 2020

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
12 JUIN / JUN 2023





Innovation, Sciences et Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203551**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
13 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR IPHONE SE
(2022, GEN 3)

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
NOURHAN 040 (PSEUDONYM)

Première publication /
First publication
26 JUIL /JUL 2022

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
13 JUIN / JUN 2023



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

## 1203552

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
13 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR IPHONE X

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
DANIEL 023 (PSEUDONYM)

Première publication /
First publication
2 DÉC / DEC 2019

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
13 JUIN / JUN 2023



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION



## 1203611

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
15 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR IPHONE XR

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
DANIEL 023 (PSEUDONYM)

Première publication /
First publication
2 DÉC / DEC 2019

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
15 JUIN / JUN 2023



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203612**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

15 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPHONE XS

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

2 DÉC /DEC 2019

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

15 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

15 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR IPHONE XS MAX

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203613

*Numéro d'enregistrement*
*Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

2 DÉC /DEC 2019

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

15 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*




# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203616**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

15 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR MACBOOK AIR 13" (2018-2019)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

5 MARS /MAR 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

15 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

15 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR MACBOOK AIR
13" (2020, INTEL)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

11 JUIN /JUN 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

15 JUIN / JUN 2023

## 1203617

*Numéro d'enregistrement
Registration number*

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION



**1203618**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
15 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR MACBOOK AIR
13" (2020, M1)

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
DANIEL 023 (PSEUDONYM)

Première publication /
First publication
11 JANV /JAN 2021

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
15 JUIN / JUN 2023




# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203658**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

16 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR MACBOOK AIR 13.6" (2022, M2)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

MIKE 058 (PSEUDONYM)

Première publication /
First publication

8 AOÛT /AUG 2022

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

16 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

16 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR MACBOOK PRO
13" (2016-2018, FOUR THUNDERBOLT 3
PORTS)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203660

*Numéro d'enregistrement
Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

5 MARS /MAR 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

16 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / # Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

## 1203661

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

16 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR MACBOOK PRO 13" (2016-2018, TWO THUNDERBOLT 3 PORTS)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

5 MARS /MAR 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

16 JUIN / JUN 2023




Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

16 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR MACBOOK PRO
13" (2019, FOUR THUNDERBOLT 3 PORTS)

## 1203662

*Numéro d'enregistrement
Registration number*

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

5 MARS /MAR 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

16 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR MACBOOK PRO
13" (2019, TWO THUNDERBOLT 3 PORTS)

## 1203663

*Numéro d'enregistrement
Registration number*

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

5 MARS /MAR 2020

Lieu de première publication /
Place of first publication

CANADA

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Date d'émission /
Date of issuance

19 JUIN / JUN 2023



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

### CERTIFICAT D'ENREGISTREMENT

### CERTIFICATE OF REGISTRATION

**Date d'enregistrement /**
Date of registration

19 JUIN / JUN 2023

**Titre /**
Title

TEARDOWN ARTWORK FOR MACBOOK PRO
13" (2020, FOUR THUNDERBOLT 3 PORTS)

**Catégorie /**
Category

ARTISTIQUE / ARTISTIC

**Titulaire(s) /**
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

## 1203664

*Numéro d'enregistrement*
*Registration number*

**Auteur(s) /**
Author(s)

DANIEL  023 (PSEUDONYM)

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de  la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

**Première publication /**
First publication

11 JUIN /JUN  2020

**Lieu de première publication /**
Place of first publication

CANADA

**Date d'émission /**
Date of issuance

19 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*



# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT



CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR MACBOOK PRO 13" (2020, INTEL, TWO THUNDERBOLT 3 PORTS)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

11 JUIN / JUN 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023

## 1203665

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Konstantin Georgan*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR MACBOOK PRO
13" (2020, M1)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

11 JANV / JAN 2021

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023

## 1203666

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

## 1203670

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
19 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR MACBOOK PRO
13" (2022, M2)

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
MIKE 058 (PSEUDONYM)

Première publication /
First publication
29 JUIL /JUL 2022

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
19 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION



Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR MACBOOK PRO
14" (2021)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203671

*Numéro d'enregistrement
Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Auteur(s) /
Author(s)

NOURHAN 040 (PSEUDONYM)

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

6 DÉC /DEC 2021

Lieu de première publication /
Place of first publication

CANADA

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Date d'émission /
Date of issuance

19 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203672**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR MACBOOK PRO 14" (2023, M2)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

NOURHAN 040 (PSEUDONYM)

Première publication /
First publication

1 MARS /MAR 2023

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

## 1203674

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR MACBOOK PRO
15" (2016-2019, TOUCH BAR)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

5 MARS /MAR 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR MACBOOK PRO
16" (2019)

## 1203675

*Numéro d'enregistrement*
*Registration number*

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

5 MARS /MAR 2020

Lieu de première publication /
Place of first publication

CANADA

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Date d'émission /
Date of issuance

19 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur



# Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR MACBOOK PRO
16" (2021)

## 1203676

*Numéro d'enregistrement*
*Registration number*

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Auteur(s) /
Author(s)

NOURHAN 040 (PSEUDONYM)

Première publication /
First publication

15 NOV /NOV 2021

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*



# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT · CERTIFICATE OF REGISTRATION

**1203678**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR MACBOOK PRO 16" (2023, M2)

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

NOURHAN 040 (PSEUDONYM)

Première publication /
First publication

1 MARS /MAR 2023

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR NINTENDO SWITCH

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203679

*Numéro d'enregistrement
Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

2 DÉC /DEC 2019

Lieu de première publication /
Place of first publication

CANADA

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Date d'émission /
Date of issuance

19 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT DE CORRECTION

CERTIFICATE OF CORRECTION

Date d'enregistrement /
Date of registration
19 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR NINTENDO
SWITCH OLED

Catégorie /
Category
ARTISTIQUE / ARTISTIC

## 1203680

*Numéro d'enregistrement
Registration number*

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Auteur(s) /
Author(s)
NOURHAN  040 (PSEUDONYM)

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication
21 OCT /OCT  2021

Lieu de première publication /
Place of first publication
CANADA

Corrigé le /
Corrected on
06 JUIL / JUL 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Date d'émission /
Date of issuance
06 JUIL / JUL 2023





# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR ONEPLUS 6

Catégorie /
Category

ARTISTIQUE / ARTISTIC

**1203681**

*Numéro d'enregistrement
Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

2 DÉC /DEC 2019

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR ONEPLUS 6T

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203682

*Numéro d'enregistrement*
*Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

2 DÉC /DEC 2019

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR ONEPLUS 7T

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203683

*Numéro d'enregistrement
Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

2 DÉC / DEC 2019

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023

*Konstantin Georgaras*

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203684**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
19 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR ONEPLUS 7
PRO

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
DANIEL 023 (PSEUDONYM)

Première publication /
First publication
2 DÉC /DEC 2019

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
19 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office



# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT · CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR ONEPLUS 8

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203685

*Numéro d'enregistrement*
*Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

Première publication /
First publication

14 AVR / APR 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR ONEPLUS 8
PRO

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

## 1203686

*Numéro d'enregistrement
Registration number*

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

14 AVR / APR 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*



# Droit d'auteur  # Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement / Date of registration

19 JUIN / JUN 2023

Titre / Title

TEARDOWN ARTWORK FOR ONEPLUS 8T

## 1203687

*Numéro d'enregistrement*
*Registration number*

Catégorie / Category

ARTISTIQUE / ARTISTIC

Titulaire(s) / Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

Auteur(s) / Author(s)

NOURHAN 040 (PSEUDONYM)

Première publication / First publication

14 OCT /OCT 2020

Lieu de première publication / Place of first publication

CANADA

Date d'émission / Date of issuance

19 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

## 1203688

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
19 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR ONEPLUS 9

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
NOURHAN   040 (PSEUDONYM)

Première publication /
First publication
13 AVR / APR  2021

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
19 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

## 1203689

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR ONEPLUS 9
PRO

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

13 AVR / APR 2021

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office



# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

## 1203690

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR ONEPLUS 10 PRO

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

NOURHAN  040 (PSEUDONYM)

Première publication /
First publication

9 FÉVR /FEB  2022

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR ONEPLUS
NORD

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL  023 (PSEUDONYM)

## 1203691

*Numéro d'enregistrement
Registration number*

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Première publication /
First publication

17 SEPT /SEP  2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

## 1203692

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR ONEPLUS
NORD N200 5G

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

NOURHAN  040 (PSEUDONYM)

Première publication /
First publication

15 JUIL /JUL  2021

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023



# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203693**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR PIXEL 3

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

Première publication /
First publication

2 DÉC /DEC 2019

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

## CERTIFICAT D'ENREGISTREMENT  CERTIFICATE OF REGISTRATION

**1203694**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
19 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR PIXEL 3 XL

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
DANIEL 023 (PSEUDONYM)

Première publication /
First publication
2 DÉC / DEC 2019

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT      CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

**19 JUIN / JUN 2023**

Titre /
Title

**TEARDOWN ARTWORK FOR PIXEL 4**

Catégorie /
Category

**ARTISTIQUE / ARTISTIC**

## 1203695

*Numéro d'enregistrement
Registration number*

Titulaire(s) /
Owner(s)

**DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9**

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Auteur(s) /
Author(s)

**DANIEL 023 (PSEUDONYM)**

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

**2 DÉC / DEC 2019**

Lieu de première publication /
Place of first publication

**CANADA**

*Konstantin Georgan*

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Date d'émission /
Date of issuance

**19 JUIN / JUN 2023**





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR PIXEL 4 XL

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL  023 (PSEUDONYM)

**1203696**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

Première publication /
First publication

2 DÉC /DEC  2019

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*




Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

**1203698**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
19 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR PIXEL 4A

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
DANIEL  023 (PSEUDONYM)

Première publication /
First publication
28 AOÛT /AUG  2020

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
19 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur

CERTIFICAT D'ENREGISTREMENT



# Copyright

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR PIXEL 4A 5G

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203707

*Numéro d'enregistrement*
*Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis*
*conformément aux articles 49 et 53 de la*
*Loi sur le droit d'auteur. Le droit d'auteur sur*
*l'oeuvre a été enregistré à la date*
*d'enregistrement et selon les détails indiqués*
*dans les présentes.*

*This Certificate of Registration is issued*
*pursuant to sections 49 and 53 of the*
*Copyright Act. The copyright in the work*
*was registered on the date of registration*
*and as detailed herein.*

Auteur(s) /
Author(s)

NOURHAN 040 (PSEUDONYM)

Première publication /
First publication

30 NOV /NOV 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

### CERTIFICAT D'ENREGISTREMENT

### CERTIFICATE OF REGISTRATION

## 1203708

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'enregistrement /
Date of registration
19 JUIN / JUN 2023

Titre /
Title
TEARDOWN ARTWORK FOR PIXEL 5

Catégorie /
Category
ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)
DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)
DANIEL 023 (PSEUDONYM)

Première publication /
First publication
30 NOV /NOV 2020

Lieu de première publication /
Place of first publication
CANADA

Date d'émission /
Date of issuance
19 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  # Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

19 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR PIXEL 5A 5G

## 1203709

*Numéro d'enregistrement
Registration number*

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Auteur(s) /
Author(s)

NOURHAN 040 (PSEUDONYM)

Première publication /
First publication

3 SEPT /SEP 2021

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

19 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION



**1203719**

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents

Date d'enregistrement /
Date of registration

20 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR PIXEL 6

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

NOURHAN  040 (PSEUDONYM)

Première publication /
First publication

1 NOV /NOV  2021

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

20 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION



Date d'enregistrement /
Date of registration

20 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR PIXEL 6A

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

MIKE 058 (PSEUDONYM)

Première publication /
First publication

10 AOÛT /AUG 2022

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

20 JUIN / JUN 2023

## 1203725

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION



Date d'enregistrement /
Date of registration

20 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR PIXEL 6 PRO

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203727

*Numéro d'enregistrement*
*Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

Auteur(s) /
Author(s)

NOURHAN  040 (PSEUDONYM)

Première publication /
First publication

1 NOV /NOV  2021

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

20 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office



# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

20 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR PIXEL 7

## 1203728

*Numéro d'enregistrement*
*Registration number*

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis*
*conformément aux articles 49 et 53 de la*
*Loi sur le droit d'auteur. Le droit d'auteur sur*
*l'oeuvre a été enregistré à la date*
*d'enregistrement et selon les détails indiqués*
*dans les présentes.*

*This Certificate of Registration is issued*
*pursuant to sections 49 and 53 of the*
*Copyright Act. The copyright in the work*
*was registered on the date of registration*
*and as detailed herein.*

Auteur(s) /
Author(s)

NOURHAN  040 (PSEUDONYM)

Première publication /
First publication

16 DÉC /DEC  2022

Lieu de première publication /
Place of first publication

CANADA

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'émission /
Date of issuance

20 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

20 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR PIXEL 7A

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

ALEX 094 (PSEUDONYM)

HELEN 067 (PSEUDONYM)

Première publication /
First publication

10 MAI /MAY 2023

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

20 JUIN / JUN 2023

## 1203730

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*




Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

20 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR PIXEL 7 PRO

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203732

*Numéro d'enregistrement*
*Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

NOURHAN   040 (PSEUDONYM)

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

24 OCT /OCT  2022

Lieu de première publication /
Place of first publication

CANADA

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*

Date d'émission /
Date of issuance

20 JUIN / JUN 2023





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

20 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR POCOPHONE
F1

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203733

*Numéro d'enregistrement*
*Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

5 MARS / MAR 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

20 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

20 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR REDMI K20
PRO

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

## 1203734

*Numéro d'enregistrement
Registration number*

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

Première publication /
First publication

5 MARS /MAR 2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

20 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION



Date d'enregistrement /
Date of registration

20 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR POCO F2 PRO

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203740

*Numéro d'enregistrement*
*Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

DANIEL 023 (PSEUDONYM)

*Ce certificat d'enregistrement est émis*
*conformément aux articles 49 et 53 de la*
*Loi sur le droit d'auteur. Le droit d'auteur sur*
*l'oeuvre a été enregistré à la date*
*d'enregistrement et selon les détails indiqués*
*dans les présentes.*

*This Certificate of Registration is issued*
*pursuant to sections 49 and 53 of the*
*Copyright Act. The copyright in the work*
*was registered on the date of registration*
*and as detailed herein.*

Première publication /
First publication

25 MAI /MAY  2020

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

20 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*





Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

20 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR SURFACE DUO 2

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

NOURHAN 040 (PSEUDONYM)

Première publication /
First publication

28 OCT /OCT 2021

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

20 JUIN / JUN 2023

## 1203745

*Numéro d'enregistrement*
*Registration number*

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*



Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

 

# Droit d'auteur / Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

20 JUIN / JUN 2023

Titre /
Title

TEARDOWN ARTWORK FOR STEAM DECK

Catégorie /
Category

ARTISTIQUE / ARTISTIC

## 1203746

*Numéro d'enregistrement*
*Registration number*

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

Auteur(s) /
Author(s)

NOURHAN 040 (PSEUDONYM)

*Ce certificat d'enregistrement est émis conformément aux articles 49 et 53 de la Loi sur le droit d'auteur. Le droit d'auteur sur l'oeuvre a été enregistré à la date d'enregistrement et selon les détails indiqués dans les présentes.*

*This Certificate of Registration is issued pursuant to sections 49 and 53 of the Copyright Act. The copyright in the work was registered on the date of registration and as detailed herein.*

Première publication /
First publication

14 AVR /APR 2022

Lieu de première publication /
Place of first publication

CANADA

Date d'émission /
Date of issuance

20 JUIN / JUN 2023

*Membre du personnel du bureau du commissaire aux brevets*
*Officer of the Office of the Commissioner of Patents*




Innovation, Sciences et
Développement économique Canada
Office de la propriété intellectuelle du Canada

Innovation, Science and
Economic Development Canada
Canadian Intellectual Property Office

# Droit d'auteur  Copyright

CERTIFICAT D'ENREGISTREMENT

CERTIFICATE OF REGISTRATION

Date d'enregistrement /
Date of registration

24 JUIL / JUL 2023

Titre /
Title

TEARDOWN - PIXEL FOLD

## 1204911

*Numéro d'enregistrement*
*Registration number*

Catégorie /
Category

ARTISTIQUE / ARTISTIC

Titulaire(s) /
Owner(s)

DBRAND INC.
500 KING STREET WEST, 3RD FLOOR
TORONTO, ONTARIO
Canada, M5V 1L9

*Ce certificat d'enregistrement est émis
conformément aux articles 49 et 53 de la
Loi sur le droit d'auteur. Le droit d'auteur sur
l'oeuvre a été enregistré à la date
d'enregistrement et selon les détails indiqués
dans les présentes.*

Auteur(s) /
Author(s)

NOURHAN 040 (PSEUDONYM)

ALEX 094 (PSEUDONYM)

*This Certificate of Registration is issued
pursuant to sections 49 and 53 of the
Copyright Act. The copyright in the work
was registered on the date of registration
and as detailed herein.*

HELEN 067 (PSEUDONYM)

Première publication /
First publication

15 JUIN / JUN 2023

Lieu de première publication /
Place of first publication

CANADA

*Membre du personnel du bureau du commissaire aux brevets
Officer of the Office of the Commissioner of Patents*

Date d'émission /
Date of issuance

24 JUIL / JUL 2023



# EXHIBIT C





**dbrand**  Limited Edition   Skins   Cases   Screen Protectors   Gaming   Artifacts   Help

# Teardown

Designed by Zack.

Built by Robots.

**BUY**



**TEARDOWN**
Let's get started.

**BUY**

March 03 2024

BUY

# THE PARTNERSHIP

When producing Teardown skins, partnering with Zack "JerryRigEverything" Nelson was a no-brainer. His popular transparent-back mods are responsible for more voided warranties than anyone else on the planet. When Zack said he wanted to collaborate to bring that Teardown look to the masses, the deal wrote and signed itself - nobody tell Zack. Doing it yourself just got a lot more profitable... for us.

BUY

# THE PROCESS

Picture the most advanced scanner in the world. We used that one. It ended up producing internal scans that were literally too detailed for general use - which is exactly how we wanted them. The result? Every single Teardown skin is guaranteed to be a 99% accurate representation of your device's internals. As for that other 1%... how good are you at Where's Waldo?



BUY



# THE PRINT

Ink costs a lot of money. Know what costs even more money? A $92,000 printer. For every skin you don't buy, 0.021% of the printer goes unpaid for. Also, Zack is gonna be pissed. Have you seen that guy in real life? You might, if you don't buy a skin. On the other hand, if you DO buy a skin, you'll see exactly why that printer is worth more than your college tuition. Who are we kidding? You didn't go to college.

# THE PROTECTION

When you think of dbrand, you probably think of texture. Realistic texture. Well, trust us when we say you don't want your phone to feel like little Legos, exposed wires, and circuit boards. We needed to find something else. We found two things else: Teardown's original optically-clear finish, and our legendary Ultramatte texture. Pick one.









# Ready to buy?

Select your device's manufacturer:



Apple    Framework    Google

Lenovo    Microsoft    Nintendo

OnePlus    Samsung    Valve

Meet our Robots

Subscribe to our Newsletter

   

EMAIL ADDRESS

**SIGN UP**

skins //

- iphone skins
- macbook skins
- razer blade skins
- steam deck skins
- dbrand pyramid skins

- samsung galaxy skins
- airpods skins
- dell xps skins
- nintendo switch skins
- steelseries skins

- pixel skins
- ipad keyboard skins
- lenovo skins
- playstation compatible skins

- oneplus skins
- ipad skins
- surface skins
- xbox skins

grip cases //

- steam deck case
- airpods cases

- iphone phone cases

- pixel phone cases

- samsung galaxy phone cases

clear cases //

- ghost

screen protectors //

- iphone 15 screen protectors
- pixel fold screen protectors
- nintendo switch screen protectors

- iphone 14 screen protectors
- samsung galaxy screen protectors

- iphone 13 screen protectors
- steam deck screen protectors

- iphone 12 screen protectors
- asus rog ally screen protectors

bits and bytes //

- contact us
- giveaways
- shipping

company //

 robots@dbrand.com
- contact us

dbrand
P.O. Box 98190
970 Queen Street East
Toronto, ON M4M 1J0
Canada

payment methods //



dbrand © 4024 :: All rights reserved

Refund Policy // Privacy Policy // Website Terms of Use // Accessibility

March 03 2024

**EXHIBIT D**



**EXHIBIT E**

dbrand.com/shop/skins/samsung-galaxy-s24-ultra-skins?design=teardown#/customizer/details

dbrand

Limited Edition   Skins   Cases   Screen Protectors   Gaming   Artifacts   Help

← Back to All Skins

# TEARDOWN

## Designed by Zack. Built by Robots.

Made in collaboration with JerryRigEverything, our Teardown skin uses an optically clear gloss finish to ensure you see every dollar you wasted.

$24.95

Buy Now     Customize



March 03 2024

Meet our Robots

Subscribe to our Newsletter

   

EMAIL ADDRESS

SIGN UP

## skins //

- iphone skins
- macbook skins
- razer blade skins
- steam deck skins
- dbrand pyramid skins

- samsung galaxy skins
- airpods skins
- dell xps skins
- nintendo switch skins
- steelseries skins

- pixel skins
- ipad keyboard skins
- lenovo skins
- playstation compatible skins

- oneplus skins
- ipad skins
- surface skins
- xbox skins

## grip cases //

- steam deck case
- airpods cases

- iphone phone cases

- pixel phone cases

- samsung galaxy phone cases

## clear cases //

- ghost

## screen protectors //

- iphone 15 screen protectors
- pixel fold screen protectors

- nintendo switch screen protectors

- iphone 14 screen protectors
- samsung galaxy screen protectors

- iphone 13 screen protectors
- steam deck screen protectors

- iphone 12 screen protectors
- asus rog ally screen protectors

## company //

✉ robots@dbrand.com
  › contact us

💰 dbrand
P.O. Box 98190
970 Queen Street East
Toronto, ON M4M 1J0
Canada

## payment methods //



## bits and bytes //

- contact us

- giveaways

- shipping

dbrand © 4024 :: All rights reserved

Refund Policy // Privacy Policy // Website Terms of Use // Accessibility

March 03 2024