# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

DBRAND INC.

                        Plaintiff,

v.                                         Case No.: 1:24−cv−01919
                                                           Honorable Martha M. Pacold

Casetagram Limited, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 18, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion for leave to serve Casetagram by alternate means pursuant to Fed. R. Civ. P. 4(f)(3) [7] is granted. Plaintiff is granted leave to serve defendant Casetagram by sending the court's summons and a copy of the complaint to each of the seven email addresses identified in plaintiff's motion [7]. This method of service will "apprise [Casetagram] of the pendency of this action and afford [it] an opportunity to present [its] objections." See MacLean−Fogg Co. v. Ningbo Fastlink Equip. Co., No. 08 CV 2593, 2008 WL 5100414, at *2 (N.D. Ill. Dec. 1, 2008). By 4/5/24, plaintiff, along with any defendant who has appeared by that time, should file a status report. The status report should include an update on the status of service. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.