**EXHIBIT A**



casetify.com
IIL - 1Drive
QuickBooks
IIL - DocketTrak®
Google Translate
MyUSPTO
USPTO
TMNG | IDML
Nice Classification
FPO
EUIPO
WIPO - PatentScope
Hong Kong SA...nline Search
Documents - OneDrive
Intuit Accounts - Sign In
Pleasure Vessel Operator Grad...
PEAK Examination Centre 高峰...
Show Your Colors | CASETiFY
(1) YouTube
Shop Products
Phone Cases
Strap & Charms
Screen Protectors
MagSafe Compatible
Watch Bands & Cases
Earbuds Cases
Chargers & Cables
Laptop Cases
Tablet Cases
Lifestyle
Others
Phone Cases
NEW! Ripple Case
NEW! Ultra Bounce Case
Bounce Case
NEW! Impact Ring Stand Case
Impact Case
Clear Case
Mirror Case
Leather Case
Pillow Case
The Push-In Case
NEW! The Stick-It Case™
The Grippy Case
The Baffle Case
Bounce Extreme Case







