**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DBRAND INC., a Canadian Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>CASETAGRAM LIMITED, a Hong Kong limited liability company, and WESTSIDE LAB, INC., a California corporation,<br><br>*Defendants.* | CASE NO. 24-cv-1919<br><br>**JURY TRIAL DEMANDED** |
| CASETAGRAM LIMITED, a Hong Kong limited liability company, and WESTSIDE LAB, INC., a California corporation,<br><br>*Counterclaimants*,<br><br>v.<br><br>DBRAND INC., a Canadian Corporation,<br><br>*Counterclaim Defendant.* | |

**DBRAND'S ANSWER TO CASETIFY'S COUNTERCLAIM**

Counterclaim Defendant dbrand inc. ("dbrand") hereby answers the Counterclaim (ECF No. 14 at pp. 15-20, the "Counterclaim") of Counterclaimants Casetagram Limited and Westside Lab, Inc. (collectively, "Casetify"), reproducing each of the pertinent headings therein [in brackets] and the corresponding paragraph numbering, if any, with the text of each of the Counterclaim paragraphs in single-spaced, bold typeface, immediately followed by dbrand's answer(s) thereto. dbrand's reproduction herein of any material set forth in in the Counterclaim (ECF No. 14) is solely for the purpose of convenience and is not, and should not be construed as, an admission by dbrand

1

that any allegations or other statements in the Counterclaim, whether explicit or implied, are true, correct, or admitted by dbrand. Capitalized and/or abbreviated but otherwise undefined terms shall have the meanings ascribed to those terms in the Counterclaim. All allegations in the Counterclaim that dbrand does not expressly admit or deny, below, are hereby denied.

I. **ANSWER TO COUNTERCLAIMS**

**[BACKGROUND]**

1. **Casetagram is a limited liability company incorporated on 1 November 2011 under the laws of Hong Kong that produces and sells tech accessories, particularly phone, tablet, laptop, earbuds and watch protective cases. Casetify is well-known brand for its wide range of personalized cases for various phone models, including popular brands like iPhone, Samsung, and Google Pixel, and is recognized for the quality and durability of its products.**

ANSWER: dbrand admits that Casetagram Limited is a Hong Kong company organized on November 1, 2011. dbrand lacks knowledge or information sufficient to form a belief about the truth of the other allegations in Paragraph 1 of the Counterclaim, and therefore denies the same.

2. **Over the years, Casetagram has developed and sold hundreds of different phone and electronic device case models, all of which feature stylish, colorful and/or trendy designs and images. Some of its product lines include, but not limited to, the Ripple Case, Bounce Case, Impact Case, Clear Case, Mirror Case, Leather Case, Pillow Case, The Push-in Case, The Stick-in Case, The Grippy Case, The Baffle Case, Phone Charm, Cross-body Charm, Cross-body Strap, Wrist Strap, watch bands and cases such as The Bounce Odyssey Band, Impact Band, Chain Bracelet, and other lifestyle products such as the Sling Bag and Stainless Steel Water Bottle, etc. (see Exhibit A).**

ANSWER: dbrand admits that Casetagram Limited has sold many cases over the years. dbrand lacks knowledge or information sufficient to form a belief about the truth of the other allegations in Paragraph 2 of the Counterclaim, and therefore denies the same.

3. **Among these phone case models commercialized by Casetagram were the "Inside Parts" and "Inside Out" product lines. The idea behind the artwork designs of these product lines is to imitate the look of internal components and parts of mobile phones or other electronic devices. The same idea has been adopted by multiple tech accessory retailers over the years.**

2

ANSWER: dbrand admits that Casetagram Limited has sold products under the Inside Parts and Inside Out lines. dbrand lacks knowledge or information sufficient to form a belief about the truth of the other allegations in Paragraph 3 of the Counterclaim, and therefore denies the same.

4. **On 15 June 2023, Casetagram released the accused "Inside Out" case product line which included cases for most popular mobile phone brands and models, as well as other electronic devices. For example, Casetagram released the below mobile phone cases, specifically adapted for the Apple iPhone 15 and 14, and Google Pixel 8 mobile phones.**

ANSWER: dbrand admits that Casetagram Limited sold mobile phone cases under the Inside Out line, including for the iPhone 14 and 15, and Google Pixel 8 mobile phones. dbrand lacks knowledge or information sufficient to form a belief about the truth of the other allegations in Paragraph 4 of the Counterclaim, and therefore denies the same.

5. **Images of detailed visual representations of mobile phone devices' internal components and structures are widely distributed online. The images displayed on the back of the Inside Out cases are digital images entirely created by Casetagram's graphic designers using graphics editing software.**

ANSWER: dbrand denies that the images displayed on the back of the Inside Out cases are digital images entirely created by Casetagram Limited's graphic designers using graphics editing software. dbrand lacks knowledge or information sufficient to form a belief about the truth of the other allegations in Paragraph 5 of the Counterclaim, and therefore denies the same.

6. **The design processes for the "Inside Out" case products varied widely based on the different models of the mobile phones and electronic devices.**

ANSWER: dbrand lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 6 of the Counterclaim, and therefore denies the same.

7. **The design processes in creating the "Inside Out" case products involved significant graphics editing and image manipulations, including, but not limited to, incorporating unique Casetify design elements and features. For non-limiting example, in the mobile phone case designs for iPhone 15, iPhone 14, iPhone 13 and iPhone 12, the shape of the MagSafe coil is adjusted to be reminiscent of the letter "C" for Casetify; in the designs for Galaxy Z Fold 5 and Galaxy Z Fold 4, the word "CTFY" being the short form of the brand was incorporated; in the designs for Galaxy S23 Ultra, the word "CTFY" along with**

3

**two sets of "1" and "11" by the left and right sides of the word indicating the company's date of incorporation, which was 1 November 2011, were incorporated; and the slogan of "A New Standard for Reinforced Protection. Take your protection level to new heights" and the QR code hyperlink to casetify.com were added.**

ANSWER: dbrand admits that some of Casetify's cases include the design elements described in Paragraph 7. dbrand denies that the design processes for creating the Inside Out line involved significant graphics editing or image manipulation. dbrand lacks knowledge or information sufficient to form a belief about the truth of the other allegations in Paragraph 7 of the Counterclaim, and therefore denies the same.

8. **The Inside Out cases are not copies of the asserted dbrand Images. They were created from the results of research, original creation and design that Casetagram has invested with countless workers' hours and substantial efforts, including, but not limited to, graphics arrangement, editing, remixing and repositioning and incorporation of new and unique elements and components imagined and conceived by Casetagram's graphic designers. Any similarity between the Inside Out cases and the dbrand Images, both featuring edited images of internal electronic components of mobile phones and electronic devices, is attributable to a shared theme and idea – imitating the look of the intricate internal components of popular devices. The selling point common to both product lines lies in the designs that emulate the interior of the particular device model for which each case is designed.**

ANSWER: dbrand denies that the Inside Out cases are not copies of the asserted dbrand Images and that any similarity between the Inside Out cases and the dbrand Images is attributable to a shared theme and idea. dbrand admits that a selling point common to both product lines is the design of the works. dbrand lacks knowledge or information sufficient to form a belief about the truth of the other allegations in Paragraph 8 of the Counterclaim, and therefore denies the same.

9. **The Plaintiff has no rights to the layout designs of the internal components and parts of these mobile phones or other electronic devices.**

ANSWER: dbrand admits that it does not have exclusionary rights to the layout of internal components of electronic devices. dbrand denies any implication that its copyrights in the dbrand Images are limited to the layout of the internal components of electronic devices.

4

10. **10. To the extent that any of the Plaintiff's dbrand Images are original artistic works, which is not admitted, any copyright therein is "thin", meaning that it only covers one's skill and judgment expressed in a work as a whole.**

ANSWER: dbrand denies the allegations of Paragraph 10 of the Counterclaim.

11. **Notwithstanding the foregoing, Casetify takes any allegations of copyright infringement very seriously and immediately paused all advertisement and sales of the Inside Out cases after learning of the Plaintiff's claim pending a further internal investigation. The Plaintiff did not send any letter or attempted to contact Casetify to discuss their copyright infringement allegations before commencing this legal proceeding.**

ANSWER: dbrand denies that it did not contact Casetify before commencing this legal proceeding. dbrand and Casetify have been involved in related claims for Casetify's infringement of dbrand's Canadian copyrights since November 2023 (more than three months before filing this action) and have had frequent correspondence through counsel. dbrand lacks knowledge or information sufficient to form a belief about the truth of the other allegations in Paragraph 11 of the Counterclaim, and therefore denies the same.

### [COUNTERCLAIMS]

In response to Casetify's section titled "COUNTERCLAIMS", dbrand respectfully requests that the Court deny, in all respects, Casetify's counterclaims and other requests for relief; that Casetify take nothing by way of its counterclaims and other requests for relief; that Casetify's counterclaims be dismissed with prejudice; and that the Court enter judgment in favor of dbrand and against Casetify on all claims asserted by Casetify.

## II. <u>DEFENSES</u>

Subject to and without waiver of the foregoing denials, and based upon information and belief, dbrand asserts the foregoing affirmative defenses:

### FIRST DEFENSE

The Counterclaim fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

dbrand has valid copyrights in the dbrand Images under U.S. copyright law.

## THIRD DEFENSE

Casetify infringes dbrand's copyrights in the dbrand images under U.S. copyright law.

## FOURTH DEFENSE

Casetify's Counterclaim is barred by the doctrine of unclean hands.

III. **PRAYER FOR RELIEF**

dbrand respectfully requests that the Court deny, in all respects, Casetify's counterclaims and any other requests for relief; that Casetify take nothing by way of its counterclaims and any other requests for relief; that Casetify's counterclaims be dismissed with prejudice; that the Court enter judgment in favor of dbrand and against Casetify on all claims asserted by Casetify

## RESERVATION OF RIGHT TO AMEND ANSWER

dbrand hereby reserves the right to amend or add additional affirmative defenses as permitted by Federal Rule of Civil Procedure 15(b).

## DEMAND FOR JURY TRIAL

dbrand hereby demands a jury trial on all matters triable to a jury.

DATED May 22, 2024.                                   Respectfully submitted,

By */s/ Collin D. Hansen*
Collin D. Hansen (ARDC#: 6335991)
Email: chansen@wnlaw.com
**WORKMAN NYDEGGER**
840 S Northwest Hwy, Suite 10
Barrington, IL 60010
(815) 353-4438

Brian N. Platt (UT# 17099)
Email: bplatt@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
(801) 533-9800

*Attorneys for Plaintiff dbrand inc.*