## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

DBRAND INC.

                          Plaintiff,

v.                                                Case No.: 1:24−cv−01919
                                                          Honorable Martha M. Pacold

Casetagram Limited, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 28, 2024:

        MINUTE entry before the Honorable Martha M. Pacold: The court has received defendant's motion to dismiss under FRCP 12(b)(6), [22]. The court notes, however, that defendant already answered plaintiff's complaint on 5/1/24. See [14]. Defendant's motion to dismiss, [22], is therefore stricken. See Fed. R. Civ. P. 12(b) ("A motion asserting any of these defenses must be made before pleading if a responsive pleading is allowed."). Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.