**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DBRAND INC., a Canadian Corporation, | |
| *Plaintiff/Counterclaim Defendant,* | CASE NO. 24-cv-1919 |
| v. | |
| CASETAGRAM LIMITED *dba* CASETIFY, a Hong Kong limited liability company, and WESTSIDE LAB, INC., a California corporation, | **JURY TRIAL DEMANDED** |
| *Defendants/Counterclaimants.* | |

## JOINT MOTION TO RESCHEDULE HEARING

Plaintiff and Counterclaim Defendant dbrand Inc. ("dbrand") and Defendants and Counterclaimants Casetagram Limited *dba* Casetify and Westside Lab, Inc. (collectively "Casetify") hereby jointly move the Court to reschedule the hearing originally set for June 13, 2024, at 10:15 a.m. (ECF No. 33) to consider Casetify's Motion to Stay Discovery (ECF No. 29).

Counsel for dbrand will be on an overseas flight at that time, and counsel for Casetify is also unavailable. The parties respectfully request to reschedule the hearing for June 18, 2024, at 9:30 a.m. If the Court is unavailable at the requested time, counsel for dbrand is also available on June 13, 2024, after 3:00 p.m. and at any other time on June 14 through June 21, 2024. Counsel for Casetify, who is based in Hong Kong and is 13 hours ahead of CST, is generally available June 17 through June 21, 2024, between 8:30 a.m. and 10:30 a.m.

DATED: June 6, 2024.                    Respectfully submitted,


By */s/ Collin D. Hansen*
Collin D. Hansen (ARDC#: 6335991)
Email: chansen@wnlaw.com
**WORKMAN NYDEGGER**
840 S Northwest Hwy, Suite 10
Barrington, IL 60010
(815) 353-4438

Brian N. Platt (UT#: 17099)
Email: bplatt@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, UT  84111
(801) 533-9800

*Attorneys for Plaintiff dbrand inc.*

By */s/ Sam Yip*
Sam Yip (CA#: 264950)
Email: syip@ideaintellectual.com
Margaret Burke (NY#: 2524536)
Email: mburke@ideaintellectual.com
**IDEA Intellectual**
507 Forest Street
Martinsville, VA 24112
(571) 335-1729

*Attorney for Defendants Casetagram Limited and Westside Lab, Inc*.

**CERTIFICATE OF SERVICE**

I hereby certify that on the June 6, 2024, I filed a copy of the foregoing **JOINT MOTION TO RESCHEDULE HEARING** through this Court's electronic filing system, which sent electronic notification of this filing to all counsel of record.

*/s/ Collin D. Hansen*

3