**EXHIBIT A**

## SIDE-BY-SIDE IMAGE/PRODUCT (FOR APPLE DEVICES) COMPARISONS

| Dbrand Image Copyright Reg. No. 1203497 (as provided in Complaint Ex. A Page 1) | Accused Casetify Products (by SKU's set forth in Complaint Para. 89) |
|---|---|
|  | SKU 16003471  |
|  | SKU 16004743  |



SKU 16005988

SKU 16004742

SKU 16004399

SKU 16004400





SKU 16004724

SKU 16004725



SKU 16004726

SKU 16004727





SKU 16004734

SKU 16004735



SKU 16004740

SKU 16004741



SKU 16000206

SKU 16003438



SKU 16003460

SKU 16005967

SKU 16003536

SKU 16003537





SKU 16003538

SKU 16003539



SKU 16003767

SKU 16003768



SKU 16003769

SKU 16003770



SKU 16004397

SKU 16004398



SKU 16001566

SKU 16001655



SKU 16001659

SKU 16001663



SKU 16001667

SKU 16002699



SKU 16002700

SKU 16002701



SKU 16002702

SKU 16003262





SKU 16004749

SKU 16004750



SKU 16004751

SKU 16004760



SKU 16004761

SKU 16004762



SKU 16004763

SKU 16004772





SKU 16004775

SKU 16004812



SKU 16004813

SKU 16004814

SKU 16004815

SKU 16005140







SKU 16005143

SKU 16005144



SKU 16005145

SKU 16005964



SKU 16005970

SKU 16005973



SKU 16005976

SKU 16005979



SKU 16005982

SKU 16005985



SKU 16005986

SKU 16005987



SKU 16000092

SKU 16005989



SKU 16005992

SKU 16005995



SKU 16005996

SKU 16005999



SKU 16006002

SKU 16006005



SKU 16006008

SKU 16006152



SKU 16006153

SKU 16005961

