# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

DBRAND INC.

                            Plaintiff,

v.                                                    Case No.: 1:24–cv–01919
                                                           Honorable Martha M. Pacold

Casetagram Limited, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 25, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Oral argument on defendants' motion for judgment on the pleadings [38] held on 10/25/2024. Defendants' motion for judgment on the pleadings [38] is denied for the reasons stated on the record. The case has been referred to Magistrate Judge Valdez. Any scheduling or discovery issues should be addressed before Judge Valdez. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.