IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DBRAND INC., a Canadian Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>CASETAGRAM LIMITED, a Hong Kong limited liability company, and WESTSIDE LAB, INC., a California corporation,<br><br>*Defendants.* | CASE NO. 24-cv-1919<br><br>Judge Martha M. Pacold<br><br>Magistrate Judge Maria Valdez |
| CASETAGRAM LIMITED, a Hong Kong limited liability company, and WESTSIDE LAB, INC., a California corporation,<br><br>*Counterclaimants*,<br><br>v.<br><br>DBRAND INC., a Canadian Corporation,<br><br>*Counterclaim Defendant.* | |

**DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION
AND FOR EXTENSION OF TIME**

Defendants, CASETAGRAM LIMITED ("Casetagram") and WESTSIDE LAB, INC. ("Westside) (collectively, "Defendants"), by and through their undersigned counsel, UB Greensfelder LLP, respectfully request leave from the Court to file a brief in support of Defendants' Response in Opposition to Plaintiff's Opposed Motion for Leave to Amend The Complaint [ECF No. 81] in excess of fifteen (15) pages and for a three (3) day extension of the current filing deadline, which is Tuesday, January 21, 2025. Pursuant to Local Rule 7.1, should

this motion be granted, Defendants will provide a Table of Contents with the pages noted and a Table of Cases.

On January 17, 2025, the Parties reached an agreement that Defendants' Response in Opposition to Plaintiff's Motion for Leave to Amend the Complaint may be a total of twenty (20) pages, in exchange for Plaintiff receiving an additional five (5) pages for its Reply. Furthermore, upon request from the Defendants, Plaintiff agreed to a modest three (3) day extension of time for Defendants to file its Response, extending the deadline from Tuesday, January 21, 2025 to Friday, January 24, 2025. The five additional pages and extension of time are both necessary for Defendants to complete their comprehensive Response to Plaintiff's Motion for Leave to Amend the Complaint.

WHEREFORE, Defendants CASETAGRAM LIMITED and WESTSIDE LAB, INC. respectfully ask this court for leave to exceed the page limitation set forth in Local Rule 7.1, permit Defendants to file a Response in Opposition to Plaintiff's Motion for Leave to Amend the Complaint that is up to twenty (20) pages in length, and extend the deadline to file their Response to Friday, January 24, 2025.

Dated: January 17, 2025

Respectfully submitted,

/s/ Brett J. Geschke
Kara E.F. Cenar (IL #6198864)
KCenar@ubglaw.com
Angela Kalsi (IL #6309372)
AKalsi@ubglaw.com
S. Patrick McKey (IL #6201588)
PMcKey@ubglaw.com
Susan Meyer (IL #6226450)
SMeyer@ubglaw.com
Rachael Rodman (OH # 0073872)
rrodman@ubglaw.com
Mary Ann Wymore (MO # 44061)
MWymore@ubglaw.com

                                                                          Brett Geschke (IL # 6337873)
                                                                          bgeschke@ubglaw.com
                                                                          UB Greensfelder LLP
                                                                          200 W. Madison Street, Suite 3300
                                                                          Chicago, IL 60606
                                                                          (312) 419-9090

4929-4986-6513, v. 1

**CERTIFICATE OF SERVICE**

    I, Brett J. Geschke, hereby certify that on January 17, 2025, a copy of the foregoing was filed electronically with this Court. Notice of this filing will be sent by operation of the Court's CM/ECF electronic filing system to all parties indicated on the electronic filing receipt.

<u>/s/ Brett J. Geschke</u>
Brett J. Geschke

4929-4986-6513, v. 1