IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DBRAND INC., a Canadian Corporation, *Plaintiff/Counterclaim Defendant,* v. CASETAGRAM LIMITED *dba* CASETIFY, a Hong Kong limited liability company, and WESTSIDE LAB, INC., a California corporation, *Defendants/Counterclaimants.* | CASE NO. 24-cv-1919 **District Judge Martha M. Pacold** **Magistrate Judge Maria Valdez** |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

NOW COME Plaintiff DBRAND INC. ("Plaintiff") and Defendants CASETAGRAM LIMITED ("Casetagram") and Westside Lab, Inc. ("Westside") (collectively, "Defendants"), pursuant to the Court's standing order on Motion Requirements, and in support of the parties' Agreed Motion for Extension of Time to File Joint Status Report, state as follows.

On January 14, 2025, the Court ordered the parties to file a further joint status report no later than February 14, 2025 [ECF No. 90]. The parties' respective attorneys have been in Hong Kong for several depositions of Defendant Casetagram's employee-witnesses during the weeks of February 3 and February 10. As such, the parties have stipulated to a one week extension of time to file the joint status report, from February 14, 2025 to February 21, 2025. The parties' request that the Court grant this Agreed Motion and re-set the deadline to file the joint status report to February 21, 2025. The parties' request to move this deadline does not affect any dates set by the District Judge.

DATED: February 13, 2025.

Respectfully submitted,

By */s/ Collin D. Hansen*
Collin D. Hansen (ARDC#: 6335991)
Email: chansen@wnlaw.com
**WORKMAN NYDEGGER**
840 S Northwest Hwy, Suite 10
Barrington, IL 60010
(815) 353-4438

Brian N. Platt (UT#: 17099)
Email: bplatt@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, UT  84111
(801) 533-9800

*Attorneys for Plaintiff dbrand inc.*

By /s/ Kara E. F. Cenar
Kara E.F. Cenar (IL #6198864)
KCenar@ubglaw.com
Angela Kalsi (IL #6309372)
AKalsi@ubglaw.com
S. Patrick McKey (IL #6201588)
PMcKey@ubglaw.com
Susan Meyer (IL #6226450)
SMeyer@ubglaw.com
Rachael Rodman (OH # 0073872)
RRodman@ubglaw.com
Mary Ann Wymore (MO # 44061)
MWymore@ubglaw.com
Brett Geschke (IL # 6337873)
BGeschke@ubglaw.com
UB Greensfelder LLP
200 W. Madison Street, Suite 3300 Chicago, IL 60606
(312) 419-9090

*Attorneys for Defendants*
*Casetagram Limited and Westside Lab, Inc.*

## CERTIFICATE OF SERVICE

 I hereby certify that on the February 13, 2025, I filed the foregoing **AGREED MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** through this Court's electronic filing system, which sent electronic notification of this filing to all counsel of record.

                  */s/ Rachael L. Rodman*
                  Rachael L. Rodman