# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

DBRAND INC.

                            Plaintiff,

v.	Case No.: 1:24–cv–01919
    Honorable Martha M. Pacold

Casetagram Limited, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 14, 2025:

        MINUTE entry before the Honorable Maria Valdez: Defendants' Agreed Motion for Extension of Time to File Joint Status Report [106] is granted. The deadline for the parties to file a joint status report is hereby extended to 2/21/25. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.