IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DBRAND INC., a Canadian Corporation,<br><br>*Plaintiff/Counterclaim Defendant*<br><br>v.<br><br>CASETAGRAM LIMITED *dba* CASETIFY, a Hong Kong limited liability company, and WESTSIDE LAB, INC., a California corporation, and WESTROCK SERVICES (WHOLESALE), INC.<br><br>*Defendants/Counterclaimants*. | CASE NO. 24-cv-1919-MMP-MV<br><br>**JURY TRIAL DEMANDED**<br><br>**District Judge Martha M. Pacold**<br>**Magistrate Judge Maria Valdez** |

**DBRAND'S OPPOSITION TO CASETIFY'S MOTION FOR EXTENSION**

dbrand submits this Opposition to Casetify's Motion for Extension [176]. As an initial matter, both the Motion and its ECF description state that it is "Unopposed," which is incorrect.[1]

### i.   Casetify's Requested Extension is Unreasonable

Casetify's request for nearly six weeks (July 8 – August 15) to file a Reply in support of its own Motion [146] is plainly unreasonable. Despite operating with a smaller team and needing to review the voluminous materials accompanying Casetify's Motion on June 24—including three Answers combining for nearly 800 pages, dozens of new defenses and claims, hundreds more pages of exhibits, and several other motions and unrelated filings—dbrand filed its Opposition [174] within the standard 14-day period, without seeking any extension. There is no justification for Casetify to take nearly three times that long to prepare a Reply, particularly where the scope is limited to the arguments raised in dbrand's Opposition.

---

[1] dbrand suspects this was an inadvertent error, as the content of the Motion does not suggest that it is unopposed.

1

### ii. Casetify Already Received an Extension for Its Other Pending Motions

Casetify argues that it needs more time because it has responses due before Judge Valdez on July 14. But overlapping deadlines are a routine part of litigation. dbrand, for example, also has a response due before Judge Valdez on July 14, but has not sought an extension. *See* [164]. Moreover, the responses Casetify references were originally due on June 20, but Casetify requested—and received—a 25-day extension, resulting in a total of 32 days to respond. *See* [143]. The suggestion that Casetify has lacked adequate time to prepare its responses, or that it cannot even begin working on its Reply to dbrand's Opposition until July 14—despite having six attorneys of record, each with decades of experience—is not credible.

### iii. dbrand's Offer of a Two-Week Extension is More than Reasonable

As a professional courtesy, dbrand offered Casetify a two-week extension to file its Reply. That would provide Casetify with 21 days to prepare its submission—three times the presumptive deadline and more time than dbrand had to prepare its Opposition. Even assuming Casetify could not begin work on the Reply until July 14, it would still have ample time to file by July 29. There is no valid reason Casetify requires even more additional time to file a Reply, particularly where the scope of the filing is limited to responding to the arguments in dbrand's Opposition.

### iv. Conclusion

Accordingly, the Court should deny Casetify's Motion for Extension. Casetify has not shown good cause for the extensive delay it seeks, and the requested extension is neither reasonable nor warranted under the circumstances. dbrand remains open to its proposed two-week extension, as a professional courtesy.

DATED July 9, 2025.

        Respectfully submitted,

        By: /s/ *Collin D. Hansen*
        Collin D. Hansen (ARDC#: 6335991)
        Email: chansen@wnlaw.com
        **WORKMAN NYDEGGER**
        840 S Northwest Hwy, Suite 10
        Barrington, IL 60010
        (801) 322-8464 (Telephone)

        Brian N. Platt (*pro hac vice*)
        Email: bplatt@wnlaw.com
        Chad E. Nydegger *(pro hac vice)*
        Email: cnydegger@wnlaw.com
        Kenneth J. Dyer *(pro hac vice)*
        Email: kdyer@wnlaw.com
        Ryan C. Morris *(pro hac vice)*
        Email: rmorris@wnlaw.com
        **WORKMAN NYDEGGER**
        60 East South Temple, Suite 1000
        Salt Lake City, UT 84111
        (801) 533-9800 (Telephone)

        *Attorneys for Plaintiff dbrand inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the July 9, 2025, I filed the foregoing **OPPOSITION TO CASETIFY'S MOTION FOR EXTENSION** through this Court's electronic filing system, which sent electronic notification of this filing to all counsel of record.

*/s/ Collin D. Hansen*