# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

DBrand, Inc.

                       Plaintiff,

v.                                            Case No.: 1:24–cv–01919

                                                     Honorable Martha M. Pacold

Casetagram Limited, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2025:

      MINUTE entry before the Honorable Maria Valdez: For the reasons set forth in the accompanying written order, Plaintiff's Motion to Compel [136] is granted in part and denied in part. Defendants are ordered to produce documents consistent with the accompanying written order. Because Plaintiff's Motion for Sanctions [134] seeks case terminating sanctions, judgment on the Motion for Sanctions is deferred to the District Court.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.