**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DBRAND INC., a Canadian Corporation, | |
| *Plaintiff/Counterclaim Defendant* | CASE NO. 24-cv-1919-MMP-MV |
| v. | **JURY TRIAL DEMANDED** |
| CASETAGRAM LIMITED *dba* CASETIFY, a Hong Kong limited liability company, and WESTSIDE LAB, INC., a California corporation, and WESTROCK SERVICES (WHOLESALE), INC. | **District Judge Martha M. Pacold** **Magistrate Judge Maria Valdez** |
| *Defendants/Counterclaimants*. | |

## DBRAND'S MOTION TO FILE UNDER SEAL

Pursuant to Local Rule 26.2, Plaintiff dbrand inc. ("dbrand") hereby moves for leave to file under seal certain documents filed concurrently herewith as part of dbrand's Motion for Leave to File a Supplemental Brief on Its Motion for Sanctions (the, "Motion"). As detailed below, these documents contain information that Defendants Casetagram Limited and Westside Lab, Inc. (collectively, "Casetify") designated as Confidential Information under the Protective Order governing this case. *See* [32].

1. **The Motion Itself**

Portions of the Motion reference information from documents and deposition testimony that were designated as Confidential Information by Casetify. Accordingly, dbrand requests leave to file a public copy of this Motion with the confidential portions redacted, and complete copies filed under seal with the redacted portions highlighted, consistent with Local Rule 26.2.

2. **The Proposed Supplemental Brief**

The Proposed Supplemental Brief attached to the Motion references information from

1

documents and deposition testimony that were designated as Confidential Information by Casetify. Accordingly, dbrand requests leave to file a public copy of this Motion with the confidential portions redacted, and complete copies filed under seal with the redacted portions highlighted, consistent with Local Rule 26.2.

### 3. Exhibits to the Proposed Supplemental Brief

Every exhibit to the Proposed Supplemental Brief is a document designated by Casetify, in its entirety, as Confidential Information, including documents produced by Casetify in litigation and one excerpt of deposition testimony. Accordingly, dbrand requests leave to file these documents under seal in their entirety, consistent with Local Rule 26.2.

*    *    *

For the foregoing reasons, there is good cause for dbrand to file under seal the foregoing documents and portions of documents, consistent with the Local Rule 26.2, and dbrand respectfully requests that the Court grant this motion.

DATED January 6, 2026.

Respectfully submitted,

By: /s/ *Collin D. Hansen*
Collin D. Hansen (ARDC#: 6335991)
Email: chansen@wnlaw.com
**WORKMAN NYDEGGER**
840 S Northwest Hwy, Suite 10
Barrington, IL 60010
(801) 533-9800 (Telephone)

Brian N. Platt (*pro hac vice*)
Email: bplatt@wnlaw.com
Chad E. Nydegger *(pro hac vice)*
Email: cnydegger@wnlaw.com
Kenneth J. Dyer *(pro hac vice)*
Email: kdyer@wnlaw.com
Ryan C. Morris *(pro hac vice)*
Email: rmorris@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
(801) 533-9800 (Telephone)

*Attorneys for Plaintiff dbrand inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the January 6, 2026, I filed the foregoing **MOTION TO FILE UNDER SEAL** through this Court's electronic filing system, which sent electronic notification of this filing to all counsel of record.

*/s/ Collin D. Hansen*