# EXHIBIT B

**PageVault**

| | |
|---|---|
| Document title: | Teardown » Special Edition Drop » dbrand |
| Capture URL: | https://dbrand.com/shop/limited-edition/teardown |
| Page loaded at (UTC): | Fri, 20 Feb 2026 16:51:55 GMT |
| Capture timestamp (UTC): | Fri, 20 Feb 2026 17:46:30 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 7 |
| Capture ID: | twq2QaWE3ysknvEECoTK7P |
| Display Name: | JHicks |

dbrand

Ghost Tank Cases Screen Protectors Limited Edition Skins Gaming Artifacts Support

# Teardown

Designed by Zack.

Built by Robots.

BUY



**TEARDOWN**
Let's get started.

BUY

---

Document title: Teardown » Special Edition Drop » dbrand
Capture URL: https://dbrand.com/shop/limited-edition/teardown
Capture timestamp (UTC): Fri, 20 Feb 2026 17:46:30 GMT

Case: 1:24-cv-01919 Document #: 253-2 Filed: 03/04/26 Page 4 of 8 PageID #:15512




## THE PARTNERSHIP

When producing Teardown skins, partnering with Zack "JerryRigEverything" Nelson was a no-brainer. His popular transparent-back mods are responsible for more voided warranties than anyone else on the planet. When Zack said he wanted to collaborate to bring that Teardown look to the masses, the deal wrote and signed itself - nobody tell Zack. Doing it yourself just got a lot more profitable... for us.

## THE PROCESS

Picture the most advanced scanner in the world. We used that one. It ended up producing internal scans that were literally too detailed for general use - which is exactly how we wanted them. The result? Every single Teardown skin is guaranteed to be a 99% accurate representation of your device's internals. As for that other 1%... how good are you at Where's Waldo?

Document title: Teardown » Special Edition Drop » dbrand
Capture URL: https://dbrand.com/shop/limited-edition/teardown
Capture timestamp (UTC): Fri, 20 Feb 2026 17:46:30 GMT

Case: 1:24-cv-01919 Document #: 253-2 Filed: 03/04/26 Page 5 of 8 PageID #:15513 BUY

them. The result? Every single Teardown skin is guaranteed to
be a 99% accurate representation of your device's internals.
As for that other 1%... how good are you at Where's Waldo?



## THE PRINT

Ink costs a lot of money. Know what costs even more money? A
$92,000 printer. For every skin you don't buy, 0.021% of the
printer goes unpaid for. Also, Zack is gonna be pissed. Have
you seen that guy in real life? You might, if you don't buy a
skin. On the other hand, if you DO buy a skin, you'll see
exactly why that printer is worth more than your
tuition. Who are we kidding? You didn't go t



## THE PROTECTION



When you think of dbrand, you probably think of texture.

Document title: Teardown » Special Edition Drop » dbrand
Capture URL: https://dbrand.com/shop/limited-edition/teardown
Capture timestamp (UTC): Fri, 20 Feb 2026 17:46:30 GMT

## THE PROTECTION

When you think of dbrand, you probably think of texture.
Realistic texture. Well, trust us when we say you don't want
your phone to feel like little Legos, exposed wires, and
circuit boards. We needed to find something else. We found
two things else: Teardown's original optically-clear finish,
and our legendary Ultramatte texture. Pick one.







# Ready to buy?

Select your device's manufacturer:

Document title: Teardown » Special Edition Drop » dbrand
Capture URL: https://dbrand.com/shop/limited-edition/teardown
Capture timestamp (UTC): Fri, 20 Feb 2026 17:46:30 GMT



# Ready to buy?

## Select your device's manufacturer:

Apple   ASUS   Framework   Google

Lenovo   Light   Microsoft

Nintendo   OnePlus   Samsung

Valve

🏠 Home / Shop / Limited Edition / Teardown

**Meet our Robots**

Subscribe to our Newsletter

EMAIL ADDRESS   **SIGN UP**

**skins //**

| | | | |
|---|---|---|---|
| iphone skins | samsung galaxy skins | pixel skins | oneplus skins |
| macbook skins | airpods skins | ipad keyboard skins | ipad skins |
| razer blade skins | dell xps skins | lenovo skins | surface skins |
| steam deck skins | nintendo switch 2 skins | playstation compatible skins | xbox skins |
| dbrand pyramid skins | steelseries skins | | |

**clear cases //**

ghost

**grip cases //**

| | | | |
|---|---|---|---|
| airpods cases | iphone phone cases | pixel phone cases | samsung galaxy phone cases |

**killswitch cases //**

| | | | |
|---|---|---|---|
| switch 2 case | steam deck case | xbox ally & ally x case | rog ally x case |
| rog ally case | legion go s case | | |

**screen protectors //**

| | | | |
|---|---|---|---|
| iphone 17 screen protectors | iphone 16 screen protectors | iphone 15 screen protectors | iphone 14 screen protectors |
| google pixel screen protectors | samsung galaxy screen protectors | nintendo switch 2 screen protectors | steam deck screen protectors |

**company //**

✉ robots@dbrand.com
  ▸ contact us

💰 180 John Street, Suite 100
Toronto Ontario M5T 1X5
Canada

**payment methods //**

VISA   mastercard

PayPal



Lenovo  Light  Microsoft

Nintendo  OnePlus  Samsung

Valve

🏠 Home / Shop / Limited Edition / Teardown

Meet our Robots

Subscribe to our Newsletter

EMAIL ADDRESS  **SIGN UP**

**skins //**

- iphone skins
- macbook skins
- razer blade skins
- steam deck skins
- dbrand pyramid skins

- samsung galaxy skins
- airpods skins
- dell xps skins
- nintendo switch 2 skins
- steelseries skins

- pixel skins
- ipad keyboard skins
- lenovo skins
- playstation compatible skins

- oneplus skins
- ipad skins
- surface skins
- xbox skins

**clear cases //**

- ghost

**grip cases //**

- airpods cases
- iphone phone cases
- pixel phone cases
- samsung galaxy phone cases

**killswitch cases //**

- switch 2 case
- rog ally case

- steam deck case
- legion go s case

- xbox ally & ally x case

- rog ally x case

**screen protectors //**

- iphone 17 screen protectors
- google pixel screen protectors
- handheld gaming screen protectors

- iphone 16 screen protectors
- samsung galaxy screen protectors

- iphone 15 screen protectors
- nintendo switch 2 screen protectors

- iphone 14 screen protectors
- steam deck screen protectors

**bits and bytes //**

- contact us
- timeline
- giveaways
- shipping

**company //**

robots@dbrand.com
▸ contact us

180 John Street, Suite 100
Toronto Ontario M5T 1X5
Canada

**payment methods //**

VISA  mastercard  PayPal

dbrand © 4026 :: All rights reserved

Return Policy // Privacy Policy // Terms of Use // Terms of Sale // Accessibility

Document title: Teardown » Special Edition Drop » dbrand
Capture URL: https://dbrand.com/shop/limited-edition/teardown
Capture timestamp (UTC): Fri, 20 Feb 2026 17:46:30 GMT