# EXHIBIT C

## Geschke, Brett

| | |
|---|---|
| **From:** | Collin Hansen <CHansen@wnlaw.com> |
| **Sent:** | Monday, January 12, 2026 1:37 PM |
| **To:** | Cenar, Kara |
| **Cc:** | Geschke, Brett; McKey, Patrick; Brian N. Platt; Ryan Morris; Chad Nydegger; Jeremy Pratt; Kenneth Dyer; Jennifer Hunter; Teneil L. Watson |
| **Subject:** | RE: Westrock's 1st Set of Requests for Production |

Thank you.

Best regards,
-Collin

**From:** Cenar, Kara <KCenar@ubglaw.com>
**Sent:** Monday, January 12, 2026 12:13 PM
**To:** Collin Hansen <CHansen@wnlaw.com>
**Cc:** Geschke, Brett <bgeschke@ubglaw.com>; McKey, Patrick <PMcKey@ubglaw.com>; Brian N. Platt
<BPlatt@wnlaw.com>; Ryan Morris <RMorris@wnlaw.com>; Chad Nydegger <CNydegger@WNLaw.com>; Jeremy Pratt
<JPratt@wnlaw.com>; Kenneth Dyer <KDyer@wnlaw.com>; Jennifer Hunter <JHunter@WNLaw.com>; Teneil L. Watson
<TWatson@wnlaw.com>
**Subject:** RE: Westrock's 1st Set of Requests for Production

Dear Mr. Hansen,

Thanks for the clarity.
Why don't we select 2/16 for all three. We will note our docket accordingly.


------
Kara E.F. Cenar
Partner
UB Greensfelder LLP
D  312.658.6618
M 773.818.5272

**From:** Collin Hansen <CHansen@wnlaw.com>
**Sent:** Monday, January 12, 2026 1:09 PM
**To:** Cenar, Kara <KCenar@ubglaw.com>
**Cc:** Geschke, Brett <bgeschke@ubglaw.com>; McKey, Patrick <PMcKey@ubglaw.com>; Brian N. Platt
<BPlatt@wnlaw.com>; Ryan Morris <RMorris@wnlaw.com>; Chad Nydegger <CNydegger@WNLaw.com>; Jeremy Pratt
<JPratt@wnlaw.com>; Kenneth Dyer <KDyer@wnlaw.com>; Jennifer Hunter <JHunter@WNLaw.com>; Teneil L. Watson
<TWatson@wnlaw.com>
**Subject:** RE: Westrock's 1st Set of Requests for Production

Hi Kara,

Thank you for your kind notes to Brian and Adam. I will pass those along.

1

We are requesting the following extensions for discovery served in December: Westrock's First RFPs to 2/11, Defendants' First RFPs to 2/16, and Westrock's First ROGs to 2/16. Alternatively and for simplicity, we could make each of the foregoing due on 2/16. With respect to document production, we anticipate beginning a rolling production contemporaneously with the RFP responses.

Best,
-Collin

---

**From:** Cenar, Kara <KCenar@ubglaw.com>
**Sent:** Monday, January 12, 2026 11:08 AM
**To:** Collin Hansen <CHansen@wnlaw.com>
**Cc:** Geschke, Brett <bgeschke@ubglaw.com>; McKey, Patrick <PMcKey@ubglaw.com>; Brian N. Platt <BPlatt@wnlaw.com>; Ryan Morris <RMorris@wnlaw.com>; Chad Nydegger <CNydegger@WNLaw.com>; Jeremy Pratt <JPratt@wnlaw.com>; Kenneth Dyer <KDyer@wnlaw.com>; Jennifer Hunter <JHunter@WNLaw.com>; Teneil L. Watson <TWatson@wnlaw.com>
**Subject:** Re: Westrock's 1st Set of Requests for Production

Dear Mr. Hansen,

Please extend our condolences to Mr. Platt at the passing of his father.

Please also extend our well wishes to Mr. IJaz who you share is dealing with a family illness.

We continue to be willing to work with you on scheduling matters. Please let us know the specific dates you propose for Plaintiff's various responses and whether on the extended date we can expect not only the written response but also responsive documents. Your email was not clear. Are you also asking for additional time to "supplement and correct" the Westside interrogatories that we met and conferred over last October 2025? If so please specify for that extension as well.

We assume if they are impacted any corresponding discovery cutoff will adjust as well.

Kara E. F. Cenar
Co-Chair Intellectual Property Group
**UBGreensfelder**
**Direct: 312.658.6618**
Mobile: 773-818-5272
KCenar@UBGLaw.com

# Sent from my iPhone

On Jan 12, 2026, at 11:56 AM, Collin Hansen <CHansen@wnlaw.com> wrote:

Hi Brett,

dbrand's responses to the below are due today, with additional responses due in the coming weeks. To ensure fulsome and accurate responses, we respectfully request a 30-day extension for all discovery served in December.

Both we and dbrand have had an unusually busy 30 days. On our end we had the intervening holidays and related travel, a trial that was rescheduled at the last minute, another unrelated trial that is currently ongoing, and the unfortunate passing of Brian's father. On dbrand's side, it experienced one of its busiest months on record, and Adam is also dealing with a family illness, which has complicated coordination and information gathering.

Please confirm whether you agree to the requested extension.

Best regards,
-Collin

---

**From:** Geschke, Brett <bgeschke@ubglaw.com>
**Sent:** Friday, December 12, 2025 4:22 PM
**To:** Collin Hansen <CHansen@wnlaw.com>
**Cc:** Cenar, Kara <KCenar@ubglaw.com>; McKey, Patrick <PMcKey@ubglaw.com>; Brian N. Platt <BPlatt@wnlaw.com>; Ryan Morris <RMorris@wnlaw.com>; Chad Nydegger <CNydegger@WNLaw.com>; Kenneth Dyer <KDyer@wnlaw.com>; Jennifer Hunter <JHunter@WNLaw.com>; Teneil L. Watson <TWatson@wnlaw.com>
**Subject:** Westrock's 1st Set of Requests for Production

Collin – See attached for Westrock's 1st Set of Requests for Production to dbrand.

Additionally, in our Joint Status Report, dated October 29, 2025, dbrand agreed to supplement its Answers to Westside's 2nd Set of Interrogatories to dbrand concerning dbrand's allegation that Westside is an alter ego of Westrock. See below for the relevant portion of the Joint Status Report. It has been 44 days since this Joint Status Report was filed, and we have not received the promised corrected Answers to Westside's 2nd Set of Interrogatories. When can we expect to receive them?
<image003.png>

**Brett J. Geschke**
*Attorney*

DIRECT:  312.658.6558
DIRECT FAX:  216.583.7001
FIRM:  312.658.6500
bgeschke@ubglaw.com

**UB Greensfelder LLP**
200 W. Madison Street, Suite 3300
Chicago, Illinois 60606-3607
ubglaw.com

<image004.png>

---

UB GREENSFELDER LLP - CONFIDENTIAL COMMUNICATION

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, you have received this email in error and any use, dissemination, forwarding, printing, or copying of this email and any file attachments is strictly prohibited. If you have received this email in error, please immediately

notify us by reply email to the sender or by telephone at 216.583.7000 or 314.345.5400. Please delete this email and its attachments from your system and do not retain any copies. You will be reimbursed for reasonable costs incurred in notifying us. Opinions, conclusions, and other information in this message that do not relate to the official business of UB Greensfelder LLP are neither given nor endorsed by it.

PRIVACY: This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify the sender immediately, and do not use, copy, or disclose to anyone any of the contents hereof.

PRIVACY: This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify the sender immediately, and do not use, copy, or disclose to anyone any of the contents hereof.

PRIVACY: This e-mail may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and any attachments and notify the sender immediately, and do not use, copy, or disclose to anyone any of the contents hereof.