# EXHIBIT D

## Geschke, Brett

| | |
|---|---|
| **From:** | Cenar, Kara |
| **Sent:** | Wednesday, February 25, 2026 4:11 PM |
| **To:** | Collin Hansen |
| **Cc:** | Geschke, Brett; Brian N. Platt; Kenneth Dyer; McKey, Patrick; Ryan Morris; Chad Nydegger; Jennifer Hunter; Teneil L. Watson; Witherspoon, Michelle |
| **Subject:** | RE: Discovery Ordered by Magistrate Judge Valdez |

The Magistrate' order was limited to counterclaims, Westrock has discovery on the Amended complaint filed against it and its affirmative defenses. You have not complied with Westrock's discovery on those requests on your affirmative claims against Westrock. You also continue to fail to provide us with a date to hold the meet and confer call. As requested, please provide dates and times available to hold the meet and confer call.

------
Kara E.F. Cenar
Partner
UB Greensfelder LLP
D  312.658.6618
M 773.818.5272

**From:** Collin Hansen <CHansen@wnlaw.com>
**Sent:** Wednesday, February 25, 2026 4:04 PM
**To:** Cenar, Kara <KCenar@ubglaw.com>
**Cc:** Geschke, Brett <bgeschke@ubglaw.com>; Brian N. Platt <BPlatt@wnlaw.com>; Kenneth Dyer <KDyer@wnlaw.com>; McKey, Patrick <PMcKey@ubglaw.com>; Ryan Morris <RMorris@wnlaw.com>; Chad Nydegger <CNydegger@WNLaw.com>; Jennifer Hunter <JHunter@WNLaw.com>; Teneil L. Watson <TWatson@wnlaw.com>; Witherspoon, Michelle <MWitherspoon@ubglaw.com>
**Subject:** RE: Discovery Ordered by Magistrate Judge Valdez

Hi Kara,

The day after the parties agreed to the 2/16 production date, the Court stayed discovery "until resolution of the pleadings" and asked the parties to "submit a proposed scheduling order for discovery" after the Court rules. *See* [238]. The Court has not ruled on the pleadings, the parties have not submitted a proposed scheduling order, and there is not an operative scheduling order in place.

What is Casetify's basis to "make application to the Court on behalf of WestRock to compel discovery"?

Best regards,
-Collin

**From:** Cenar, Kara <KCenar@ubglaw.com>
**Sent:** Wednesday, February 25, 2026 11:55 AM
**To:** Collin Hansen <CHansen@wnlaw.com>
**Cc:** Geschke, Brett <bgeschke@ubglaw.com>; Brian N. Platt <BPlatt@wnlaw.com>; Kenneth Dyer <KDyer@wnlaw.com>;

1

McKey, Patrick <PMcKey@ubglaw.com>; Ryan Morris <RMorris@wnlaw.com>; Chad Nydegger <CNydegger@WNLaw.com>; Jennifer Hunter <JHunter@WNLaw.com>; Teneil L. Watson <TWatson@wnlaw.com>; Witherspoon, Michelle <MWitherspoon@ubglaw.com>
**Subject:** Re: Discovery Ordered by Magistrate Judge Valdez

Dear Mr. Hansen,

We have not received dbrand's responses to Westrock's discovery requests.  We have not heard back from you on a date/time to hold a meet and confer call before we make application to the Court on behalf of WestRock to compel discovery.  Please provide times this week to hold the required meet and confer call.

Kara E. F. Cenar
Co-Chair Intellectual Property Group
**UBGreensfelder**
**Direct: 312.658.6618**
Mobile: 773-818-5272
KCenar@UBGLaw.com

# Sent from my iPhone

> On Feb 23, 2026, at 8:08 PM, Cenar, Kara <KCenar@ubglaw.com> wrote:
>
>  Dear Mr Hansen,
>
> Thank you for your email.  Respectfully we disagree with your characterization.
> By the way dbrand's responses to Westrock's discovery requests are over due. They were due by agreement on the 16th - after you requested an extension of time.  Will we receive those responses tomorrow?  Or should we make application to the Court. Please let us know if you have time tomorrow for a call to meet and confer.
> Thank you.
>
> Kara E. F. Cenar
> Co-Chair Intellectual Property Group
> **UBGreensfelder**
> **Direct: 312.658.6618**
> Mobile: 773-818-5272
> KCenar@UBGLaw.com

# Sent from my iPhone

> On Feb 23, 2026, at 6:39 PM, Collin Hansen <CHansen@wnlaw.com> wrote:
>
> Hi Brett,
>
> We completed an initial review of the materials from your production today but did not identify any documents responsive to Judge Valdez's Order. For example, the Order's communications categories (email/Slack) are subject to temporal limitations ending on either July 31, 2023 or March 31, 2024. *See* [211]. But most of what was produced are emails and attachments from months or years later, and are not otherwise responsive to the Order.

Can you please specify what from this production is "responsive to Judge Valdez's August 15, 2025 court order," as you noted below?

Also, the deadline for compliance with the Order was November 14, 2025 (more than three months ago). *See* [220]. Please confirm whether Casetify intends to make additional productions responsive to the Order.

Best,
-Collin

---

**From:** Geschke, Brett <bgeschke@ubglaw.com>
**Sent:** Monday, February 23, 2026 3:12 PM
**To:** Collin Hansen <CHansen@wnlaw.com>
**Cc:** Brian N. Platt <BPlatt@wnlaw.com>; Cenar, Kara <KCenar@ubglaw.com>; Kenneth Dyer <KDyer@wnlaw.com>; McKey, Patrick <PMcKey@ubglaw.com>; Ryan Morris <RMorris@wnlaw.com>; Chad Nydegger <CNydegger@WNLaw.com>; Jennifer Hunter <JHunter@WNLaw.com>; Teneil L. Watson <TWatson@wnlaw.com>; Witherspoon, Michelle <MWitherspoon@ubglaw.com>
**Subject:** RE: Discovery Ordered by Magistrate Judge Valdez

Hi Collin – I am providing you with Casetagram's supplemental production of files that are responsive to Judge Valdez's August 15, 2025 court order:

https://ubaccess.sharefile.com/d-sd9ec4d8bb3434d0ba750af0d55f0ee66

This is Bates range: CASETIFY0062504 - CASETIFY0062972.

I will send you a password in a separate email.

Brett

------
Brett J. Geschke
Attorney
UB Greensfelder LLP
D 312.658.6558

---

**From:** Geschke, Brett
**Sent:** Thursday, January 8, 2026 2:55 PM
**To:** Collin Hansen <CHansen@wnlaw.com>
**Cc:** Brian N. Platt <BPlatt@wnlaw.com>; Cenar, Kara <KCenar@ubglaw.com>; Kenneth Dyer <KDyer@wnlaw.com>; McKey, Patrick <PMcKey@ubglaw.com>; Ryan Morris <RMorris@wnlaw.com>; Chad Nydegger <CNydegger@WNLaw.com>; Jennifer Hunter <JHunter@WNLaw.com>; Teneil L. Watson <TWatson@wnlaw.com>; Witherspoon, Michelle <MWitherspoon@ubglaw.com>
**Subject:** RE: Discovery Ordered by Magistrate Judge Valdez

Collin - As you indirectly requested, I've attached Casetagram's privilege log.