**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

DBrand, Inc.

                Plaintiff,

v.

Casetagram Limited, et al.

                Defendant.

Case No.: 1:24–cv–01919
Honorable Martha M. Pacold

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 31, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: Telephone ruling from the bench held on 3/31/2026. For the reasons stated on the record, plaintiff's motion for sanctions, [134], is (1) granted in part as to Defendant Casetagram Limited, to the extent that the court grants dbrand's request for default judgment against Casetagram (but defers the entry of default judgment as to Casetagram, as the amount of damages remains outstanding, as do claims against the other defendants, Westside and Westrock) and (2) denied in part, without prejudice and with leave to refile, as to (a) dbrand's request for default judgment against Defendant Westside Lab, Inc. and (b) dbrand's requests for fees and costs as to both Casetagram and Westside. By 4/24/2026, the parties should file a joint status report regarding proposed next steps. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.