**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| DBRAND INC., a Canadian Corporation, <br><br> *Plaintiff,* <br><br> v. <br><br> CASETAGRAM LIMITED, a Hong Kong limited liability company, WESTSIDE LAB, INC., a California corporation, and WESTROCK SERVICES (WHOLESALE), INC., a Wyoming corporation, <br><br> *Defendants.* <br><br>―――――――――――――― <br><br> CASETAGRAM LIMITED, a Hong Kong limited liability company, and WESTROCK SERVICES (WHOLESALE), INC., a Wyoming corporation, <br><br> *Counterclaimants*, <br><br> v. <br><br> DBRAND INC., a Canadian Corporation, <br><br> *Counterclaim Defendant.* | CASE NO. 24-cv-1919 <br><br> Judge Martha M. Pacold <br><br> Magistrate Judge Maria Valdez |

**DBRAND'S UNOPPOSED MOTION TO STRIKE DKT [268]**

Pursuant to this Court's minute entry [267], on May 8, 2026, Plaintiff dbrand Inc. ("dbrand") filed a partial opposition [268] to Defendants' motion for clarification [266]. After filing [268], dbrand became aware that due to internal miscommunication, the wrong version of the partial opposition had been filed in error. Consequently, later on May 8, 2026, dbrand filed a corrected version of its partial opposition [269]. On May 8, 2026, dbrand sought guidance from the Courtroom Deputy as to whether dbrand needed to move to withdraw or strike [268]. *See*

1

Exhibit 1. On May 11, 2026, the Courtroom Deputy requested that dbrand file a motion to strike [268]. *See id*.

WHEREFORE, Plaintiff respectfully moves the Court to enter an Order that strikes or otherwise removes from the Court's electronic docket on the PACER system the docket entry filed with the Court on May 8, 2026 that is currently docketed at ECF 268. Counsel for dbrand contacted counsel for Defendants regarding this motion and counsel for Defendants confirmed that they would not oppose this motion.

DATED: May 11, 2026.

Respectfully submitted,

By: */s/ Kenneth J. Dyer*
Collin D. Hansen (ARDC#: 6335991)
Email: chansen@wnlaw.com
**WORKMAN NYDEGGER**
840 S Northwest Hwy, Suite 10
Barrington, IL 60010
(801) 533-9800 (Telephone)

Brian N. Platt (*pro hac vice*)
Email: bplatt@wnlaw.com
Chad E. Nydegger *(pro hac vice)*
Email: cnydegger@wnlaw.com
Kenneth J. Dyer *(pro hac vice)*
Email: kdyer@wnlaw.com
Ryan C. Morris *(pro hac vice)*
Email: rmorris@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
(801) 533-9800 (Telephone)

*Attorneys for Plaintiff dbrand inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the May 11, 2026, I caused the foregoing to be filed with the Court using its CM/ECF system, which will serve a copy of the foregoing electronically on all counsel of record.

*/s/ Kenneth J. Dyer*