**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| DBRAND INC., a Canadian Corporation, | |
| *Plaintiff/Counterclaim Defendant*, | CASE NO. 24-cv-1919-MMP-MV |
| v. | |
| CASETAGRAM LIMITED *dba* CASETIFY, a Hong Kong limited liability company, and WESTSIDE LAB, INC., a California corporation, and WESTROCK SERVICES (WHOLESALE), INC. | **JURY TRIAL DEMANDED** |
| | **District Judge Martha M. Pacold** |
| | **Magistrate Judge Maria Valdez** |
| *Defendants/Counterclaimants*. | |

**<u>DBRAND'S STATEMENTS OF UNDISPUTED MATERIAL FACT</u>**

Pursuant to Federal Rule of Civil Procedure 56(c), Local Rule 56.1(a)(2) and (d), this Court's standing orders, and ECF No. 266, Plaintiff dbrand inc. ("dbrand") submits the following Statements of Undisputed Material Fact in support of its Motion for Partial Summary Judgment:

1.      Defendant Casetagram Limited ("Casetagram") is a Hong Kong limited company. *See* Ex. 1 ¶ 17; Ex. 2 ¶ 17; Ex. 3 ¶ 17.

2.      Defendant Westrock Services (Wholesale), Inc. ("Westrock") is a Wyoming corporation. *See* Ex. 4 ¶ 19.

3.      Defendant Westside, Inc. ("Westside") is a California corporation. *See* Ex. 1 ¶ 18; Ex. 2 ¶18; Ex. 5 ¶ 18.

4.      Casetagram designed and manufactured the products at issue in this case (the "Accused Products"). *See* Ex. 6 at 1–11 (Resp. to ROG No. 1).

5.      Westrock sold some of the Accused Products wholesale to Best Buy in the United States. *See* Ex. 4 ¶¶ 14, 37, 58, 59; Ex. 7 at 144:14–24; Ex. 8 at 75:2–78:20, 83:16–23, 88:12–

1

89:14; Ex. 9 (images referenced by Mr. Mok).

6.

7.

8. Casetagram owns the registered trademark CASETIFY in the United States. *See* Ex. 1 ¶ 38; Ex. 2 ¶ 38; Ex. 3 ¶ 36.

9. Westside distributes and sells exclusively CASETIFY-branded products. *See* Ex. 1 ¶ 35; Ex. 2 ¶ 35.

10. Westrock distributes and sells exclusively CASETIFY-branded products. *See* Ex. 4 ¶ 37.

11. Wesley Ng and Ronald Yeung are the co-founders of Casetagram. *See* Ex. 3 ¶¶ 24, 25; Ex. 16 at 36:1–9.

12. Wesley Ng is an executive for all three Defendants. *See* Ex. 3 ¶¶ 25 and 115; Ex. 17 at CASETIFY0058104; Ex. 18 at WEST0000044.

13. . *See* Ex. 3 ¶¶ 24 and 115; Ex. 19 at CASETIFY0036929; Ex. 14 at WEST0000222; Ex. 20 at WEST0000171; Ex. 21 at CASETIFY0037244.

14. ████████████████████████████████████. *See* Ex. 22 at WESTROCK0000079; Ex. 23 at WESTROCK0000541.

15. ████████████████████████. *See* Ex. 24 at 24.

16. ████████████████████████████████████

17. ████████████████████████████████████

18. ████████████████████████████████████. *See* Ex. 28 at CASETIFY0058272; Ex. 29 at CASETIFY0058314.

19. ████████████████████████████████████ *See* Ex. 28 at CASETIFY0058293.

20. ████████████████████████████████████

21. ██████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████. *See* Ex. 28 at CASETIFY0058295–96.

22. ██████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████████. *See*

Ex. 30 at 4 (Topic No. 2); Ex. 7 at 19:3–21, 29:1–30:9, 32:2–36:10, 51:14–17, 58:22–59:24, 72:12–

74:23,75:1–77:9, 186:15–187:24, and 195:16–196:11.

23. ██████████████████████████████████████████████████

████████ *See* Ex. 16 at 19:17–19:22, 22:6–23:1, 95:3–8, 120:21–24.

24. Mike (Xiaopeng) Jia, a Casetagram employee, was previously an executive for

Westrock and Westside. *See* Ex. 1 ¶¶ 20, 21; Ex. 2 ¶¶ 20, 21; Ex. 21 at CASETIFY0037244; Ex.

31 at 17:19–19:2.

25. ██████████████████████████████████████████████████

█████████████████████ *See* Ex. 31 at 21:21–22:24 and 124:23–125:14, 160:3–163:6.

26. ██████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████ *See* Ex. 31 at

22:18–24, 124:23–125:7, 162:12–14, 162:22–163:1.

27. ██████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████ *See* Ex. 31 at 21:21–22:5, 125:8–11; 163:2–6.

28. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮ *See* Ex. 31 at 21:24–22:2, 161:6–10.

29. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮ *See* Ex. 31 at 156:1–3.

30. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*See* Ex. 31 at 164:13–165:13.

31. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮ *See* Ex. 8 at 43:12–44:2, 69:2–16, 99:7–103:11, and 104:11–20; Ex. 32 at CASETIFY0041011–36.

32. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *See* Ex. 8 at 95:19–97:11; Ex. 32 at CASETIFY0041011–36.

33. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮ *See* Ex. 8 at 95:19–97:11; Ex. 32 at CASETIFY0041011–36.

34. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮ *See* Ex. 33 at CASETIFY0038675; Ex. 34 at CASETIFY0040281–84; Ex. 32 at CASETIFY0041011–36; Ex. 35 at CASETIFY0037665–74.

35. ▮▮▮▮ ▮▮ ▮▮ ▮ ▮▮▮▮ ▮▮ ▮▮▮. *See* Ex. 36 at CASETIFY0037610–614; Ex. 37 at CASETIFY0038127–29; Ex. 38 at CASETIFY0037575–76; Ex. 39 at CASETIFY0037642; Ex. 40 at CASETIFY0037591–92; Ex. 41 at CASETIFY0037596–97.

36. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



██████████████████████████████████████████████████████████ *See* Ex. 36 at CASETIFY0037610–614; Ex. 37 at CASETIFY0038127–29; Ex. 38 at CASETIFY0037575–76; Ex. 39 at CASETIFY0037642; Ex. 40 at CASETIFY0037591–92; Ex. 41 at CASETIFY0037596–97.

37. ████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████. *See* Ex. 42 at CASETIFY0039173; Ex. 43 at CASETIFY0037921–37.

38. ████████████████████████████████████████████████████

███████████████████████████████████████████████████ *See* Ex. 32 at CASETIFY0041011–36; Ex. 44 at CASETIFY0060633 (including attachments Ex. 47 and Ex. 48; Ex. 45 at CASETIFY0061655.

39. ████████████████████████████████████████████████████

████████████████████████████████████████████████ *See* Ex. 32 at CASETIFY0041011–36; Ex. 46 at CASETIFY0038867–69, 74–76; Ex. 44 at CASETIFY0060631; Ex. 49 at CASETIFY0060653; Ex. 50 at CASETIFY0060659–60.

40. ████████████████████████████████████████████████████

████████████████████████████. *See* Ex. 51 at CASETIFY0038986, 89.

41. ████████████████████████████████████████████████████

█████████████████████████████████ *See* Ex. 52 at CASETIFY0038992; Ex. 32 at CASETIFY0041027.

42. ████████████████████████████████████████████████████

████████. *See* Ex. 52 at CASETIFY0038992; Ex. 32 at CASETIFY0041027.

6

43. ████████████████████████████████████. *See* Ex. 7 at 14:12–22 and 20:8–24.

44. ██████████████████████████████. *See* Ex. 53 at WEST0000112, 117.

45. ████████████████████████████████████

████████████████████████████████████

██████████████ *See* Ex. 32 at CASETIFY0041011–32; Ex. 54 at CASETIFY0039047 and 55.

46. ████████████████████████████████████

██████ *See* Ex. 55 at CASETIFY0042181.

47. ████████████████████████████████████

██ ████ ████████ ████ ██ ████ ██ ██." *See* Ex. 55 at CASETIFY0042180.

48. ████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

██████████ *See* Ex. 32 at CASETIFY0041034.

49. ████████████████████████████████████

████████████████████████████████████

████████████████████████ *See* Ex. 56 at CASETIFY0038824–32.

50. ████████████████████████████████████

██████████████████████. *See* Ex. 57 at CASETIFY0040623–25.

51. ████████████████████████████████████



████████████████████████████████████████████████ *See* Ex. 57

at CASETIFY0040623–25.

52. ████████████████████████████████████

████████████████████████████████████

████████████████████████████████████ *See* Ex. 58 at 1.

53. ████████████████████████████████████

████████ . *See* Ex. 58 at 9.

54. ████████████████████████████████████

████████████████████████████████ ” *See* Ex. 58 at 1.

55. ████████████████████████████████████

████████████████████████████ *See* Ex. 58 at 1.

56. ████████████████████████████████████

████████ *See* Ex. 59 at CASETIFY0036337; Ex. 60 at CASETIFY0036372.

57. ████████████████████████████████████

████████████████████████████████████

████████████████████████████ *See* Ex. 59 at CASETIFY0036347; Ex. 60 at

CASETIFY0036372.

58. ████████████████████████████████████

████████████████████████████████████████████ *See* Ex. 59 at

CASETIFY0036337; Ex. 60 at CASETIFY0036362.

59. ████████████████████████████████████

████████████████████████████████████

████████████████████ *See* Ex. 59 at CASETIFY003647; Ex. 60 at CASETIFY0036362.



60. ▐████████████████████████████████

▐████████████████████████████████████

▐██████████████████████ *See* Ex. 59 at CASETIFY003647; Ex. 60 at CASETIFY0036362.

61. ▐████████████████████████████████

▐████████████████████████████████████

▐████████████████████████████████████ *See*

Ex. 59 at CASETIFY0036337; Ex. 60 at CASETIFY0036362.

62. ▐████████████████████████████████

▐████████████████████████████████████

▐████████████████████ Ex. 59 at CASETIFY0036342; Ex. 60 at CASETIFY0036367.

63. ▐████████████████████████████████

▐████████████████████████████████████

▐████████████████████████████████████ *See*

Ex. 61 at CASETIFY0061722.

64. ▐████████████████████████████████

▐████████████████████████████████████

▐████████████████████████████████████

▐██████████████████████████ *See* Ex. 61 at CASETIFY0061722.

65. ▐████████████████████████████████

▐████████████████████████████████████

▐████████████████████████████████████

▐████████████ *See* Ex. 61 at CASETIFY0061722–23.

66. ▐████████████████████████████████

9



*See* Ex. 61 at CASETIFY0061724.

67. *See* Ex. 62 at 1.

68.

*See* Ex. 62 at 1; *see also* Ex. 1 ¶ 38; Ex. 1 ¶ 38; Ex. 4 ¶ 36 (the CASETIFY mark is owned by Casetagram).

69.

. *See* Ex. 63 at CASETIFY0038462–69; Ex. 64 at CASETIFY0038108–14.

70.

. *See* Ex. 65 at CASETIFY0038632–36.

71.

. *See* Ex. 65 at CASETIFY0038632–36; Ex. 66 at CASETIFY0038612–17; Ex. 67 at CASETIFY0057450–60; Ex. 68 at CASETIFY0057781; Ex. 50 at CASETIFY0060660; Ex. 121 at CASETIFY0060495; Ex. 122 at CASETIFY0061755.

72.

*See* Ex. 67 at CASETIFY0057452–60; Ex. 68 at CASETIFY0057781; Ex. 50 at CASETIFY0060660.

10

73. *See* Ex. 69 at CASETIFY0038126; Ex. 70 at CASETIFY0039894–99.

74. *See* Ex. 71 at CASETIFY0041507–508.

75. *See* Ex. 71 at CASETIFY0041507–508.

76. ." *See* Ex. 71 at CASETIFY0041505.

77. *See* Ex. 72 at CASETIFY0042681–83.

78. . *See* Ex. 72 at CASETIFY0042679–81.

79. . *See* Ex. 73 at CASETIFY0042246–49.

80. *See* Ex. 73 at

CASETIFY0042249.

81.

███████████████████ *See* Ex. 74 at CASETIFY0039306–309.

82. ███████████████████████████████████████

███████████████████████████████████. *See* Ex. 15 at CASETIFY0039163–64; Ex. 46 at CASETIFY0038867–68; Ex. 75 at CASETIFY0042408.

83. ███████████████████████████████████████

███████████████████████████████████████████

██████████████████████████. *See* Ex. 15 at CASETIFY0039163–64.

84. ███████████████████████████████████████

███████████████████████████████████████████

█████████████████████████. *See* Ex. 50 at CASETIFY0060659–60 (including attachment Ex. 77); Ex. 78 at CASETIFY0039036–45; Ex. 54 at CASETIFY0039048 (VPA negotiated and implemented by Casetagram); Ex. 49 at CASETIFY0060653.

85. ███████████████████████████████████████

███████████████████████████████████████████

██████████████████ *See* Ex. 75 at CASETIFY0042408; Ex. 80 at 1–4; Ex. 81 at CASETIFY0039400–401; Ex. 82 at CASETIFY0041625–31.

86. ███████████████████████████████████████

████████████████████████████████████ *See* Ex. 8 at 99:7–103:11, 104:11–20, 114:20–116:15, 120:7–123:15, and 129:14–132:14; Ex. 81 at CASETIFY0039393–400; Ex. 82 at CASETIFY0041625–31; Ex. 83 at CASETIFY0022204–209; Ex. 75 at CASETIFY0042407–14; Ex. 80 at 1–4; Ex. 84 at 1.

12

87. ███████████████████████████████████████████████████

████████████████████████████████████ *See* Ex. 7 at 39:16–40:17, 41:7–42:24, 45:4–11, 176:8–17, and 177:19–178:24; Ex. 8 at 43:12–44:2, 48:4–49:10, 50:14–16, 55:4–57:14, 58:24–60:15, 61:12–62:1, 62:19–63:9, 65:19–67:6, 69:2–16, and 110:20–111:16; Ex. 85 at CASETIFY0040367–76; Ex. 86 at 1–7; Ex. 32 at CASETIFY0041011–36; Ex. 87 at CASETIFY0059791; Ex. 123 at CASETIFY0060224, 27; Ex. 50 at CASETIFY0060659 (including attachment Ex. 77).

88. ███████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████ " *See* Ex. 10 at 2; Ex. 11 at 2; Ex. 75 at CASETIFY0042408–12; Ex. 76 at CASETIFY0003868; Ex. 79 at CASETIFY0034787; Ex. 88 at CASETIFY0034802; Ex. 89 at CASETIFY0039624; Ex. 90 at CASETIFY0003775; Ex. 91 at 4; Ex. 92 at CASETIFY0042395.

89. ███████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████. *See* Ex. 43 at CASETIFY0037931–937.

90. ███████████████████████████████████████████████████

████████████████████████████████████████████. *See* Ex. 120 at CASETIFY0038171–83.

91. ███████████████████████████████████████████████████

███████████████████████████████████████. *See* Ex. 93 at 1; Ex. 94 at 6.

13



92. ████████████████████████████████████

██████████████████████████████████████

████████████████████████████████. *See* 93 at 1; Ex. 95 at

WESTROCK0000040; Ex. 96 at WEST0000305.

93. ████████████████████████████████████

██████████████████████████████████████

████████████ *See* Ex. 93 at 1–3.

94. ████████████████████████████████████

████████████████████████████ *See* Ex. 93 at 1.

95. ████████████████████████████████████

*See* Ex. 93 at 1.

96. ████████████████████████████████████

██████████████████████████████ *See* Ex. 93 at 1.

97. ████████████████████████████████████

██████████████████████████████████████

████████ *See* Ex. 93 at 1; Ex. 97 at 1.

98. ████████████████████████████████████

████████████████████████████. *See* Ex. 97 at 1.

99. ████████████████████████████████████

████████████ *See* Ex. 97 at 1.

100. ███████████████████████████████████

██████████████████████████████████ *See* Ex. 97 at 1.

101. ███████████████████████████████████

14

███████████████████████████████████████████████████

*See* Ex. 97 at 1.

102.    Casetagram, Westside, and Westrock are all represented by the same counsel in this litigation. *See* Ex. 98–Ex. 104 (Notices of Appearance for Casetagram and Westside); Ex. 105–Ex. 111 (Notices of Appearance for Westrock).

103.    Casetagram and Westside served eight iterations of joint pleadings and discovery responses under the shared name "Casetify." *See* Ex. 2 at 1; Ex. 112 at 1; Ex. 113 at 1, 6; Ex. 114 at 1, 12; Ex. 115 at 1, 27; Ex. 116 at 1, 4; Ex. 117 at 1, 15; Ex. 118 at 1, 4.

104.    These include dozens of joint admissions, denials, defenses, counterclaims, and discovery responses on behalf of Casetagram and Westside, without any distinction between the parties. *See* Ex. 2 at 2–19; Ex. 112 at 2–19; Ex. 113 at 1–5; Ex. 114 at 1–10; Ex. 115 at 1–26; Ex. 116 at 1–2; Ex. 117 at 1–14; Ex. 118 at 1–3.

105.    Even after Westside started serving separate discovery responses, they continued to be certified by Casetagram's Hong Kong General Counsel, Edith Lam. *See* Ex. 6 at 77; Ex. 119 at 86.

106.    Defendants did not produce ordinary intercompany agreements governing the movement of products between Casetagram, Westside, and/or Westrock. *See* Ex. 124 ¶ 9.

107.    Defendants did not produce ordinary intercompany purchase orders or invoices between the Defendants for the products ultimately sold to Best Buy. *See* Ex. 124 ¶ 10.

108.    ████████████████████████████████████████████████

████████████████████████████████████ ██ ███████ ██████████

████████ █████████

## CERTIFICATE OF SERVICE

I hereby certify that on the June 9, 2026, I filed the foregoing with the Court using its CM/ECF system, which will serve a copy of the foregoing electronically on all counsel of record.

*/s/* Collin D. Hansen
