**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

DBrand, Inc.

               Plaintiff,

v.

Casetagram Limited, et al.

               Defendant.

Case No.: 1:24–cv–01919
Honorable Martha M. Pacold

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 6, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received Defendants Westrock and Westside's opposed motion [281] requesting an additional three weeks to respond to plaintiff's partial motion for summary judgment [274]. The defendants have already received extensions adding over two weeks to their time to respond [273]. However, lead counsel states that her husband is undergoing an unexpected surgery soon and will need her assistance during recovery. The court finds that there is good cause to grant the defendants additional time to respond, but this extension is final. If lead counsel is unavailable longer than she currently anticipates, the defense team should plan accordingly to meet the filing deadline. Thus, the motion [281] is granted and the defendants shall respond to the partial summary judgment motion by 8/14/26. Plaintiff shall reply by 8/28/26. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.