## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

DBrand, Inc.

      Plaintiff,

v.              Case No.: 1:24–cv–01919
               Honorable Martha M. Pacold

Casetagram Limited, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 6, 2026:

   MINUTE entry before the Honorable Martha M. Pacold: By 8/19/26, the parties are directed to file a joint status report proposing dates in October, November, and December for an in–person oral argument on plaintiff's motion for partial summary judgment, [274]. The parties should also propose a format for the argument, including time limits for arguments. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.