**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DBRAND INC., a Canadian Corporation,

*Plaintiff,*

v.

CASETAGRAM LIMITED, a Hong Kong limited liability company, WESTSIDE LAB, INC., a California Corporation, and WESTROCK SERVICES (WHOLESALE), INC., a Wyoming Corporation,

*Defendants.*

CASETAGRAM LIMITED, a Hong Kong limited liability company, and WESTROCK SERVICES (WHOLESALE), INC., a Wyoming Corporation

*Counterclaimants,*

v.

DBRAND INC., a Canadian Corporation,

*Counterclaim Defendant.*

CASE NO. 24-cv-1919

Judge Martha M. Pacold

Magistrate Judge Maria Valdez

**DEFENDANT WESTROCK SERVICES (WHOLESALE), INC'S UNOPPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Westrock Services (Wholesale), Inc. ("Westrock") files this Unopposed Motion requesting leave to file the following documents under seal pursuant to Local Rule 26.2:

1. Westrock's Response in Opposition to Plaintiff dbrand's Motion for Partial Summary Judgment [ECF No. 276] ("Response to the Partial MSJ")

2. Westrock's Additional Statements of Undisputed Material Facts ("WR-ASOF") in support of its Response to the Partial MSJ.

3. Exhibit 9 to WR-ASOF – The deposition transcript of witness Ronald Yeung;
4. Exhibit 10 to WR-ASOF – A corporate organizational chart.
5. Exhibit 13 to WR-ASOF – Westrock's bank account records.
6. Exhibit 14 to WR-ASOF – Westrock's financial statements.
7. Exhibit 15 to WR-ASOF – Westrock's recharging mechanism.
8. Exhibit 16 to WR-ASOF – Mei Chuong's Employment Agreement.
9. Exhibit 17 to WR-ASOF – Amro Louis' Employment Agreement.
10. Exhibit 18 to WR-ASOF – Westrock's tax records.
11. Exhibit 20 to WR-ASOF – Exhibits 7 and 8 to the deposition of witness Harvey Mok.
12. Exhibit 23 to WR-ASOF – The deposition transcript of witness Harvey Mok.
13. Exhibit 24 to WR-ASOF – The Vendor Master Agreement with Best Buy.
14. Exhibit 25 to WR-ASOF – Best Buy's Standard Terms and Conditions.
15. Exhibit 26 to WR-ASOF – The Vendor Program Agreement with Best Buy.
16. Exhibit 27 to WR-ASOF – Relevant email correspondences with Best Buy.
17. Exhibit 28 to WR-ASOF – Casetify.com website order confirmations.
18. Exhibit 29 to WR-ASOF – Casetify.com website order shipping emails.
19. Exhibit 30 to WR-ASOF – Combined Best Buy packing slips.
20. Exhibit 32 to WR-ASOF – The Declaration of Erik Laykin.
21. Exhibit 33 to WR-ASOF – Materials relied upon by Erik Laykin.
22. Exhibit 35 to WR-ASOF – Mei Chuong's Separation Agreement.
23. Exhibit 40 to WR-ASOF – The deposition transcript of dbrand's designated Rule 30(b)(6) witness, Adam Ijaz.
24. Exhibit 45 to WR-ASOF – The deposition transcript of dbrand's Chief Executive Officer, Adam Ijaz.

25. Westrock's Responses and Objections to dbrand's Statements of Undisputed Material Facts and exhibits thereto.

The reason for the requested sealing of each of these items is as follows:

- Westrock's Response to dbrand's Partial MSJ, Additional Statements of Material Undisputed Facts, and Responses and Objections to dbrand's Statements of Undisputed Material Facts contains relevant information gleaned from documents produced in discovery by Plaintiff and/or Defendants and references deposition testimony transcripts that were designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," pursuant to the Agreed Confidentiality Order [ECF No. 32];

- Each of the aforementioned exhibits to Westrock's Response to dbrand's Partial MSJ, Additional Statements of Material Undisputed Facts, and Responses and Objections to dbrand's Statements of Undisputed Material Facts were originally produced by Plaintiff and/or Defendants in discovery, are exhibits used during depositions, or are deposition transcripts. Each page of these aforementioned exhibits have been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," pursuant to the Agreed Confidentiality Order [ECF No. 32].

Accordingly, Westrock seeks leave to file its Response to dbrand's Motion for Partial MSJ, Additional Statements of Material Undisputed Facts, Responses and Objections to dbrand's Statements of Undisputed Material Facts, and Exhibits 9, 10, 13-17, 18, 20, 23-30, 32, 33, 35, 40, and 45 thereto under seal, redacting the information designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" within the actual motion, as well as the entirety of the aforementioned exhibits.

Westrock has filed a public-record redacted versions of its Response to dbrand's Motion for Partial MSJ, Additional Statements of Material Undisputed Facts, and Responses and Objections to dbrand's Statements of Undisputed Material Facts with exhibit sheets indicating that Exhibits 9, 10, 13-17, 18, 20, 23-30, 32, 33, 35, 40, and 45 were "Filed Under Seal," and therefore fully redacted pursuant to Local Rule 26.2(c)(1). Westrock has now filed its Response to dbrand's Motion for Partial MSJ, Additional Statements of Material Undisputed Facts, and Responses and

Objections to dbrand's Statements of Undisputed Material Facts, with exhibits, provisionally under seal. Westrock's Response to dbrand's Motion for Partial MSJ, Additional Statements of Material Undisputed Facts, and Responses and Objections to dbrand's Statements of Undisputed Material Facts filed under seal includes the proposed redactions highlighted in a visible color in the text of the document so that the text is readable, in accordance with Local Rule 26.2(c)(2). Exhibits 9, 10, 13-17, 18, 20, 23-30, 32, 33, 35, 40, and 45 are marked with a watermark indicating that the entirety of those documents are sought to be filed under seal, also in accordance with Local Rule 26.2(c)(2). This Motion for Leave to File Under Seal is being filed simultaneously with Westrock's Response to dbrand's Motion for Partial MSJ, Additional Statements of Material Undisputed Facts, Responses and Objections to dbrand's Statements of Undisputed Material Facts, in accordance with Local Rule 26.2(c)(3).

Dated: August 14, 2026

Respectfully submitted,

*<u>/s/ Kara E.F. Cenar</u>*
Kara E.F. Cenar (IL #6198864)
KCenar@ubglaw.com
Angela Kalsi (IL #6309372)
AKalsi@ubglaw.com
S. Patrick McKey (IL #6201588)
PMcKey@ubglaw.com
Susan Meyer (IL #6226450)
SMeyer@ubglaw.com
Mary Ann Wymore (MO # 44061)
MWymore@ubglaw.com
Brett Geschke (IL # 6337873)
bgeschke@ubglaw.com
**UB Greensfelder LLP**
200 W. Madison Street, Suite 3300
Chicago, IL 60606
(312) 419-9090

*Attorneys for Defendant Westrock Services (Wholesale), Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 14, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the Court's CM/ECF System, which shall send notification of such filing to all parties registered to use ECF or are represented by a registered E-filer. Parties may access this filing through the Court's CM/ECF System.

*/s/ Brett Geschke*

Brett J. Geschke
UB Greensfelder LLP

*One of the attorneys for Defendant Westrock Services (Wholesale), Inc.*