**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DBRAND INC., a Canadian Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>CASETAGRAM LIMITED, a Hong Kong limited liability company, WESTSIDE LAB, INC., a California Corporation, and WESTROCK SERVICES (WHOLESALE), INC., a Wyoming Corporation,<br><br>*Defendants.* | CASE NO. 24-cv-1919<br><br>Judge Martha M. Pacold<br><br>Magistrate Judge Maria Valdez |
| CASETAGRAM LIMITED, a Hong Kong limited liability company, and WESTROCK SERVICES (WHOLESALE), INC., a Wyoming Corporation<br><br>*Counterclaimants,*<br><br>v.<br><br>DBRAND INC., a Canadian Corporation,<br><br>*Counterclaim Defendant.* | |

**DEFENDANT WESTSIDE LAB, INC.'S**
**UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Westside Lab, Inc. ("Westside") files this Unopposed Motion requesting leave to file the following documents under seal pursuant to Local Rule 26.2:

1. Defendant Westside's Response in Opposition to Plaintiff dbrand's Motion for Partial Summary Judgment [ECF No. 276] ("Response to the Partial MSJ")

2. Westside's Additional Statements of Undisputed Material Facts ("WS-ASOF") in support of its Response to the Partial MSJ.

3. Exhibit 7 to WS-ASOF – The deposition transcript of witness Ronald Yeung;
4. Exhibit 8 to WS-ASOF – A corporate organizational chart.
5. Exhibit 14 to WS-ASOF – Westside's staff list.
6. Exhibit 15 to WS-ASOF – Westside's health benefits summary.
7. Exhibit 16 to WS-ASOF – Westside employment agreements.
8. Exhibit 17 to WS-ASOF – Westside employee handbooks.
9. Exhibit 18 to WS-ASOF – Westside's worker's compensation insurance policy.
10. Exhibit 19 to WS-ASOF – Westside's flexible benefit plan.
11. Exhibit 20 to WS-ASOF – Westside's bank account records.
12. Exhibit 21 to WS-ASOF – Westside's financial statements.
13. Exhibit 22 to WS-ASOF – Westside's recharging mechanism.
14. Exhibit 23 to WS-ASOF – Westside's tax records.
15. Exhibit 27 to WS-ASOF – Casetify.com website order confirmations.
16. Exhibit 28 to WS-ASOF – Casetify.com website order shipping emails.
17. Exhibit 29 to WS-ASOF – The deposition transcript of witness Harvey Mok.
18. Exhibit 30 to WS-ASOF – The Declaration of Erik Laykin.
19. Exhibit 31 to WS-ASOF – Materials relied upon by Erik Laykin.
20. Exhibit 34 to WS-ASOF – The deposition transcript of dbrand's designated Rule 30(b)(6) witness, Adam Ijaz.
21. Exhibit 39 to WS-ASOF – The deposition transcript of dbrand's Chief Executive Officer, Adam Ijaz.
22. Westside's Responses and Objections to dbrand's Statements of Undisputed Material Facts and exhibits thereto.

The reason for the requested sealing of each of these items is as follows:

- Westside's Response to dbrand's Partial MSJ, Additional Statements of Material Undisputed Facts, and Responses and Objections to dbrand's Statements of Undisputed Material Facts contains relevant information gleaned from documents produced in discovery by Plaintiff and/or Defendants and references deposition testimony transcripts that were designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," pursuant to the Agreed Confidentiality Order [ECF No. 32];

- Each of the aforementioned exhibits to Westside's Response to dbrand's Partial MSJ, Additional Statements of Material Undisputed Facts, and Responses and Objections to dbrand's Statements of Undisputed Material Facts were originally produced by Plaintiff and/or Defendants in discovery, are exhibits used during depositions, or are deposition transcripts. Each page of these aforementioned exhibits have been designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only," pursuant to the Agreed Confidentiality Order [ECF No. 32].

Accordingly, Westside seeks leave to file its Response to dbrand's Motion for Partial MSJ, Additional Statements of Material Undisputed Facts, Responses and Objections to dbrand's Statements of Undisputed Material Facts, and Exhibits 7, 8, 14-23, 27-31, 24, and 39 thereto under seal, redacting the information designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" within the actual motion, as well as the entirety of the aforementioned exhibits.

Westside has filed a public-record redacted versions of its Response to dbrand's Motion for Partial MSJ, Additional Statements of Material Undisputed Facts, and Responses and Objections to dbrand's Statements of Undisputed Material Facts with exhibit sheets indicating that Exhibits 7, 8, 14-23, 27-31, 24, and 39 were "Filed Under Seal," and therefore fully redacted pursuant to Local Rule 26.2(c)(1). Westside has now filed its Response to dbrand's Motion for Partial MSJ, Additional Statements of Material Undisputed Facts, and Responses and Objections to dbrand's Statements of Undisputed Material Facts, with exhibits, provisionally under seal. Westside's Response to dbrand's Motion for Partial MSJ, Additional Statements of Material Undisputed Facts, and Responses and Objections to dbrand's Statements of Undisputed Material Facts filed under seal includes the proposed redactions highlighted in a visible color in the text of

the document so that the text is readable, in accordance with Local Rule 26.2(c)(2). Exhibits 7, 8, 14-23, 27-31, 24, and 39 are marked with a watermark indicating that the entirety of those documents are sought to be filed under seal, also in accordance with Local Rule 26.2(c)(2). This Motion for Leave to File Under Seal is being filed simultaneously with Westside's Response to dbrand's Motion for Partial MSJ, Additional Statements of Material Undisputed Facts, Responses and Objections to dbrand's Statements of Undisputed Material Facts, in accordance with Local Rule 26.2(c)(3).

Dated: August 14, 2026

Respectfully submitted,

*/s/ Kara E.F. Cenar*

Kara E.F. Cenar (IL #6198864)
KCenar@ubglaw.com
Angela Kalsi (IL #6309372)
AKalsi@ubglaw.com
S. Patrick McKey (IL #6201588)
PMcKey@ubglaw.com
Susan Meyer (IL #6226450)
SMeyer@ubglaw.com
Mary Ann Wymore (MO # 44061)
MWymore@ubglaw.com
Brett Geschke (IL # 6337873)
bgeschke@ubglaw.com
**UB Greensfelder LLP**
200 W. Madison Street, Suite 3300
Chicago, IL 60606
(312) 419-9090

*Attorneys for Defendant Westside Lab, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 14, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, using the Court's CM/ECF System, which shall send notification of such filing to all parties registered to use ECF or are represented by a registered E-filer. Parties may access this filing through the Court's CM/ECF System.

*/s/ Brett Geschke*

Brett J. Geschke
UB Greensfelder LLP

*One of the attorneys for Defendant Westside Lab, Inc.*