**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DBRAND INC., a Canadian Corporation,

*Plaintiff/Counterclaim Defendant*,

v.

CASETAGRAM LIMITED *dba* CASETIFY, a Hong Kong limited liability company, and WESTSIDE LAB, INC., a California corporation, and WESTROCK SERVICES (WHOLESALE), INC.

*Defendants/Counterclaimants*.

CASE NO. 24-cv-1919-MMP-MV

**District Judge Martha M. Pacold**
**Magistrate Judge Maria Valdez**

# JOINT STATUS REPORT

Pursuant to the Court's Minute Entry [284], the parties submit this Status Report regarding an in-person oral argument on Plaintiff's Motion for Partial Summary Judgment [274].

## I. Plaintiff's Proposal:

### i. Plaintiff's Availability

Plaintiff is available throughout October, November, and December 2026, except:

- November 23–27, 2026; and
- December 23–31, 2026.

### ii. Plaintiff's Proposed Format

Plaintiff proposes the following format and sequence:

1. 25 minutes for Plaintiff's argument; and
2. 25 minutes for Defendants' argument.

Regarding Defendants' proposals, *infra*, Plaintiff does not believe that foreign law experts would be necessary, relevant, or helpful. *See* [276] at 8. It is also unclear how a "cybercrime" expert is

relevant to the alter ego question before the Court. To the extent that Defendants intend to rely on experts, they have already submitted two sets of four declarations totaling 176 pages, plus dozens of exhibits. *See* [287-34], [292], [293], [294], [297-32], [302], [303], and [304].

**II. Defendant Westrock Services (Wholesale), Inc. (Westrock) and Westside Lab, Inc. (Westside) proposal[1]:**

**A. Joint availability: Common Dates for Plaintiff's Counsel, Defense Counsel, and experts**

The Court requested that this be a joint filing. Dbrand would not hold a call and has rejected inclusion of this joint availability section, requiring it to be set forth in Defendants' separate section. Based on the individual sections above and below, it appears that the following are common available dates for Counsel and experts:

**October:**
**Counsel Availability:** October 17-29.
**Expert Availability: Potts (**None**); Ooi (**Oct 17-29**); Ng (**Oct 20, 22-23, 28-30);
**Laykin** (24-29).

**November:**
**Counsel Availability:** All dates except November 23–27, 2026;
**Expert Availability: Potts** (Nov 16-18); **Ooi** (Nov 16-17);
**Ng** (Nov. 16-17); **Laykin** (Nov 16-17).

**December:**
**Counsel Availability:** December 8-22, 2026.
**Expert Availability: Potts (**Dec 14-18**); Ooi (**Dec 17-18**); Ng (**Dec 17-18);
**Laykin** (Dec.19-22).

**B. Defendants' Counsel's Availability**

Counsel for Defendants respectfully respond with defense counsel's availability as follows:

- **October: Available:** October 17-29, 2026; **Not available:** October 1-16, 30, 2026.

[1] Defendants' do not yet have dbrand's reply brief which is due to be filed August 28, 2026. Time and date estimates have been based on filings to date.

- **November: Available:** November 1-30, 2026.
- **December: Available:** December 8, 2026 to December 23, 2026
- **December: Not Available** December 1-7; December 24-January 9, 2027.

**C. Foreign Law Experts:**

Wright & Miller ***§ 2444 Proof of Foreign Law, 9A Fed. Prac. & Proc. Civ. § 2444 (3d ed.)*** states: *"[W]*ritten or oral expert testimony accompanied by extracts from various kinds of foreign legal materials probably will continue to be the basic mode of proving foreign law." There are three foreign law, expert declarations submitted by Westrock and Westside Labs. The expert's availability to attend a hearing via zoom is set forth below (availability to attend in-person can be determined once the Court identifies dates):

- **Alex Potts, expert testimony on United Kingdom and British Virgin Islands law**. (Potts Declaration Westrock Ex 47, Dkt 292, Potts Declaration Westside Ex 40, Dkt 302. Exhibits are CV and copies of cited foreign law.
  - **Potts Availability**: **October: [Unavailable** due to 4 week trial in Caymen Islands October 12-mid November**]; November: [Unavailable** Nov 1-15 due to scheduled trial; **Available Nov. 16-18 ]; December [ 14-18].**
- **Zhao Rong Ooi, expert testimony on British Virgin Islands law**. (Ooi Declaration Westrock Ex 49, Dkt 293; Westside Ex 42, Dkt 303. Exhibits are CV and copies of cited foreign law.
  - **Ooi Availability: October: [**Any date**]; November: [**Any date except Nov 18-20**]; December [** Any Date**].**
- **Ludwig Ng, expert testimony on Hong Kong law**; (Ng Declaration Westrock Ex 48, Dkt 294; Westside Ex 41, Dkt 304. Exhibits are CV and copies of cited foreign law.
  - **NG Availability**: **October: [**12,15, 20, 22-23, 28-30**]; November: [**2-6,12-13,16-17 19-20, 23-27,30**]; December [**2-4,7-9,17,18,21-24,28-31**].**

D. **Cybercrime Expert on dbrand unclean hands barring request in equity**

There is a Declaration of cybercrime expert Erik Laykin, Westrock Ex 32-33, Dkt 287, Westside Ex 30-31, Dkt 297. His availability is provided below.

- **Laykin Availability:**

  **October:** [**Available**: 24-29; **Unavailable** Oct 16-29]**;**
  **November: [ Available:** Nov 3-30**; Not available** Nov 1-2]**;**
  **December [Available Dec** 19-23**; Unavailable December** 2-18 **].**

**E. Defendant Westrock and Defendant Westside's Proposed Format**

Choice of Law/Conflict of law rulings are needed before the Motion can be addressed on the merits. If acceptable to the Court, Westrock and Westside propose a tiered sequence and format as follows:

**Phase I hearing: Choice of Law/ Conflict of Law Proposed date:** early November, 2026.

**Westrock:** 30-60 minutes (depending on whether expert participation is requested by the Court).

**Westside:** 40-60 minutes (depending on whether expert participation is requested by the Court).

**Plaintiff:** Plaintiff's Counsel would not provide an estimated time request for Defendants' proposal or hold a call to discuss the same. (estimated to be 30-60 min)

**Ruling on Phase I Choice of Law/Conflict of Law:** To be provided by Court.

**Phase II hearing on evidence issues and then substance of Motion for Partial and limited Summary Judgment on Alter Ego, including dbrand unclean hands:**

Proposed date early December, 2026 or within two weeks of Court's ruling on Choice of law/Conflict of Law.

**Westrock:** 30-40 minutes (longer if expert participation is requested by the Court).

**Westside:** 40-60 minutes (longer if expert participation is requested by the Court).

**Plaintiff:** Plaintiff's counsel would not provide an estimated time request for Defendants' proposal or hold a call to discuss the same. (estimated to be 30-60 min)

**Regarding Plaintiff's proposal:**

Each Defendant, Westside and Westrock respectfully submit that Plaintiff's proposal of 25 minutes for Plaintiff and only 12.5 minutes for each separate Defendant (for a total of 25 minutes

collectively for both separate Defendants) is an unrealistic time estimate to adequately address the Choice of Law/Conflict of Law, evidentiary and/or substantive issues before the Court. Both Westside and Westrock submit that Plaintiff's proposed 12.5 minute time allotment to each Defendant is unfair and prejudicial and prevents each separate Defendant with a fair opportunity to be heard and prevents them from making a complete record for the Court and any appeal.

DATED: August 19, 2026.

By */s/ Collin D. Hansen*
Collin D. Hansen (ARDC#: 6335991)
Email: chansen@wnlaw.com
**WORKMAN NYDEGGER**
840 S Northwest Hwy, Suite 10
Barrington, IL 60010
(801) 322-8464

Brian N. Platt (*pro hac vice*)
Email: bplatt@wnlaw.com
Chad E. Nydegger (*pro hac vice*)
Email: cnydegger@wnlaw.com
Kenneth J. Dyer (*pro hac vice*)
Email: kdyer@wnlaw.com
Ryan C. Morris (*pro hac vice*)
Email: rmorris@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
(801) 533-9800

*Attorneys for Plaintiff*

Respectfully submitted,

By */s/ Kara E.F. Cenar*
Kara E.F. Cenar (IL #6198864)
KCenar@ubglaw.com
Angela Kalsi (IL #6309372)
AKalsi@ubglaw.com
S. Patrick McKey (IL #6201588)
PMcKey@ubglaw.com
Susan Meyer (IL #6226450)
SMeyer@ubglaw.com
Mary Ann Wymore (MO # 44061)
MWymore@ubglaw.com
Brett Geschke (IL # 6337873)
BGeschke@ubglaw.com
UB Greensfelder LLP
200 W. Madison Street, Suite 3300
Chicago, IL 60606
(312) 419-9090

*Attorneys for Defendants*