**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DBRAND INC., a Canadian Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>CASETAGRAM LIMITED, a Hong Kong limited liability company, WESTSIDE LAB, INC., a California Corporation, and WESTROCK SERVICES (WHOLESALE), INC., a Wyoming Corporation,<br><br>*Defendants.* | CASE NO. 24-cv-1919<br><br>Judge Martha M. Pacold<br><br>Magistrate Judge Maria Valdez |
| CASETAGRAM LIMITED, a Hong Kong limited liability company, WESTSIDE LAB, INC., a California corporation, and WESTROCK SERVICES (WHOLESALE), INC., a Wyoming Corporation,<br><br>*Counterclaimants*,<br><br>v.<br><br>DBRAND INC., a Canadian Corporation, | |

**JOINT STATUS REPORT REGARDING SETTING AN ORAL ARGUMENT ON DBRAND'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ALTER EGO**

Pursuant to the Court's Notification of Docket Minute Entry dated August 24, 2026 [ECF No. 308], Plaintiff dbrand inc. ("dbrand") and Defendants Westside Lab, Inc. ("Westside") and Westrock Services (Wholesale), Inc. (together with dbrand, the "Parties"), jointly provide the following status report regarding scheduling an in-person oral argument on dbrand's Motion for Partial Summary Judgment on Alter Ego [ECF No. 274]:

In Dkt. 308, the Court asked counsel to provide five dates on which they would be available for an in-person oral argument on dbrand's Motion for Partial Summary Judgment. As such the following five dates are now jointly available for all counsel to appear in person for the oral argument:

1. Friday October 23, 2026
2. Tuesday November 17, 2026
3. Thursday December 3, 2026
4. Thursday December 17, 2026
5. Friday December 18, 2026

DATED: August 25, 2026.

Respectfully submitted,

By: /s/ Collin D. Hansen
Collin D. Hansen (ARDC#: 6335991)
Email: chansen@wnlaw.com
**WORKMAN NYDEGGER**
840 S Northwest Hwy, Suite 10
Barrington, IL 60010
(801) 322-8464

Brian N. Platt (*pro hac vice*)
Email: bplatt@wnlaw.com
Chad E. Nydegger (*pro hac vice*)
Email: cnydegger@wnlaw.com
Kenneth J. Dyer (*pro hac vice*)
Email: kdyer@wnlaw.com
Ryan C. Morris (*pro hac vice*)
Email: rmorris@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
(801) 533-9800

*Attorneys for Plaintiff*

By /s/ Kara E. F. Cenar
Kara E.F. Cenar (IL #6198864)
KCenar@ubglaw.com
S. Patrick McKey (IL #6201588)
PMcKey@ubglaw.com
Susan Meyer (IL #6226450)
SMeyer@ubglaw.com
Brett Geschke (IL # 6337873)
BGeschke@ubglaw.com
**UB Greensfelder LLP**
200 W. Madison Street, Suite 3300 Chicago, IL 60606
(312) 419-9090

*Attorneys for Defendants Westside Lab, Inc., and Westrock Services (Wholesale), Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the August 25, 2026, I filed the foregoing **JOINT STATUS REPORT REGARDING SETTING AN ORAL ARGUMENT ON DBRAND'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ALTER EGO** through this Court's electronic filing system, which sent electronic notification of this filing to all counsel of record.

*/s/ Christina Stemple*