**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

DBrand, Inc.

Plaintiff,

v.

Case No.: 1:24−cv−01919
Honorable Martha M. Pacold

Casetagram Limited, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 25, 2026:

MINUTE entry before the Honorable Martha M. Pacold: The motions for leave to file under seal, [285], [295], are granted. Given the number of filings concerning [274], the parties should file jointly, by 9/10/26, an index / table that lists, by docket number, all filings associated with the motion. The table should list, by docket number: (1) the motion, (2) the accompanying memorandum (if filed separately from the motion), (3) all exhibits associated with the motion, (4) the response (and associated memorandum and exhibits), and (4) the reply (and associated memorandum and exhibits). Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.