**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DBRAND INC., a Canadian Corporation,<br><br>*Plaintiff/Counterclaim Defendant*,<br><br>v.<br><br>CASETAGRAM LIMITED *dba* CASETIFY, a Hong Kong limited liability company, WESTSIDE LAB, INC., a California corporation, and WESTROCK SERVICES (WHOLESALE), INC.<br><br>*Defendants/Counterclaimants*. | CASE NO. 24-cv-1919-MMP-MV<br><br>**District Judge Martha M. Pacold**<br>**Magistrate Judge Maria Valdez** |

**DBRAND'S UNOPPOSED MOTION TO FILE UNDER SEAL**

Pursuant to Local Rule 26.2, dbrand hereby moves for leave to file under seal certain portions of (1) dbrand's Reply in Support of its Motion for Partial Summary Judgment (the, "Motion") and (2) dbrand's Responses and Objections to Defendants' Statements of Additional Facts (the "Responses"), all of which are filed concurrently herewith.

Portions of the Motion and Responses reference information from documents and deposition testimony that were designated as Confidential Information by Defendants. Accordingly, dbrand requests leave to file a public copy of these documents with the confidential portions redacted, and complete copies filed under seal with the redacted portions highlighted, consistent with Local Rule 26.2.

Counsel for dbrand has conferred with counsel for Defendants, and Defendants' counsel was unopposed to the request to file under seal. For the foregoing reasons, there is good cause for dbrand to file under seal the foregoing documents , consistent with Local Rule 26.2, and dbrand

respectfully requests that the Court grant this motion.

DATED August 28, 2026.

Respectfully submitted,

By: /s/ *Collin D. Hansen*
Collin D. Hansen (ARDC#: 6335991)
Email: chansen@wnlaw.com
**WORKMAN NYDEGGER**
840 S Northwest Hwy, Suite 10
Barrington, IL 60010
(801) 533-9800 (Telephone)

Brian N. Platt (*pro hac vice*)
Email: bplatt@wnlaw.com
Chad E. Nydegger *(pro hac vice)*
Email: cnydegger@wnlaw.com
Kenneth J. Dyer *(pro hac vice)*
Email: kdyer@wnlaw.com
Ryan C. Morris *(pro hac vice)*
Email: rmorris@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
(801) 533-9800 (Telephone)

*Attorneys for Plaintiff dbrand inc.*