**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

DBrand, Inc.

Plaintiff,

v.

Case No.: 1:24−cv−01919
Honorable Martha M. Pacold

Casetagram Limited, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 31, 2026:

MINUTE entry before the Honorable Martha M. Pacold: On review of the joint status report, [209], oral argument on plaintiff's motion for partial summary judgment, [274], is set for 12/3/2026 at 1:00 p.m. Each side (plaintiff on the one hand; all defendants collectively on the other) will be given 90 minutes total to argue the motion, with argument tracking the order of the briefs (plaintiff's opening, defendants' response, plaintiff's reply). Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.