**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DBRAND INC., a Canadian Corporation,

*Plaintiff/Counterclaim Defendant*

v.

CASETAGRAM LIMITED *dba* CASETIFY, a Hong Kong limited liability company, and WESTSIDE LAB, INC., a California corporation, and WESTROCK SERVICES (WHOLESALE), INC.

*Defendants/Counterclaimants*.

CASE NO. 24-cv-1919-MMP-MV

**District Judge Martha M. Pacold**
**Magistrate Judge Maria Valdez**

# JOINT STATUS REPORT

Pursuant to this Court's Order (ECF No. 319), Plaintiff dbrand inc. confirms that it has exhausted settlement possibilities with Defendants and is prepared to proceed with the December 3, 2026, argument on dbrand's motion for partial summary judgment (ECF No. 276). Defendants Casetagram Limited, Westside Lab, Inc., and Westrock Services (Wholesale) Inc. remain open to reasonable settlement discussions. Defendants' counsel remains prepared to appear on December 3, 2026, for the scheduled oral argument.

DATED: November 12, 2026.

Respectfully submitted,

By */s/ Collin D. Hansen*
Collin D. Hansen (ARDC#: 6335991)
Email: chansen@wnlaw.com
**WORKMAN NYDEGGER**
840 S Northwest Hwy, Suite 10
Barrington, IL 60010
(801) 322-8464

By */s/ Kara E.F. Cenar*
Kara E.F. Cenar (IL #6198864)
KCenar@ubglaw.com
Angela Kalsi (IL #6309372)
AKalsi@ubglaw.com
S. Patrick McKey (IL #6201588)
PMcKey@ubglaw.com
Susan Meyer (IL #6226450)

Brian N. Platt (*pro hac vice*)
Email: bplatt@wnlaw.com
Chad E. Nydegger (*pro hac vice*)
Email: cnydegger@wnlaw.com
Kenneth J. Dyer (*pro hac vice*)
Email: kdyer@wnlaw.com
Ryan C. Morris (*pro hac vice*)
Email: rmorris@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, UT 84111
(801) 533-9800

*Attorneys for Plaintiff*

SMeyer@ubglaw.com
Mary Ann Wymore (MO # 44061)
MWymore@ubglaw.com
Brett Geschke (IL # 6337873)
BGeschke@ubglaw.com
UB Greensfelder LLP
200 W. Madison Street, Suite 3300
Chicago, IL 60606
(312) 419-9090

*Attorneys for Defendants*